**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (If known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Levy Ventures LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 92-2308088 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 368 New Hempstead Road, #244<br>New City, NY 10956<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Rockland<br>County | Location of principal assets, if different from principal place of business<br>Baltimore, MD<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Levy Ventures LLC   Case number (if known) _____
       Name

### 7. Describe debtor's business

**A. Check one:**
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

**B. Check all that apply**
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   5313

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check all that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   Levy Ventures LLC                                           Case number (if known) _____
         Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   Levy Ventures LLC                                          Case number (if known)
         Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 5, 2025
              MM / DD / YYYY

X /s/ Ephriam Diamond                              Ephriam Diamond
Signature of authorized representative of debtor   Printed name

Title   Chief Restructuring Officer

**18. Signature of attorney**

X /s/ Kevin Nash                         Date   March 5, 2025
Signature of attorney for debtor                MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   knash@gwfglaw.com

NY
Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

## RESOLUTION OF LEVY VENTURES L.L.C.

Whereas, it is in the best interest of this LLC to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that this LLC hereby employs Ephraim Diamond to act as the Chief Restructuring Officer of Levy Ventures L.L.C.; and

Be It Further Resolved, that Ephraim Diamond, CRO is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy; and

Be It Further Resolved, that Ephraim Diamond, CRO, is authorized and directed to appear in all bankruptcy proceedings on, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents with such bankruptcy case; and

Be It Further Resolved, that Ephraim Diamond, CRO, is authorized and directed to employ the consulting firm of CPS CRE, LLC in such bankruptcy case; and

Be It Further Resolved, that Ephraim Diamond, CRO, is authorized and directed to employ the law firm of Goldberg Weprin Finkel Goldstein LLP in such bankruptcy case.

Consented and Agreed to:

Levy Ventures L.L.C.

By: _____
Name: Eluzer Gold
Title: Member

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Chapter 11

Case no. 25-_____ ()

------------------------------------------------------x

In re:

    Levy Ventures L.L.C.,

              Debtor.

------------------------------------------------------x

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, Ephraim Diamond, CRO of Levy Ventures L.L.C. (the "Debtor"), declare that the following is a true and correct copy of the resolutions adopted a special meeting duly called and held on the 5th day of March, 2025 for the Debtor.

    Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Ephraim Diamond, CRO is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy; and

    Be It Further Resolved, that Ephraim Diamond, CRO is authorized and directed to appear in all bankruptcy proceedings, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents in connection with such bankruptcy case, and

    Be It Further Resolved, that Ephraim Diamond, CRO, is authorized and directed to employ the law firm of Goldberg Weprin Finkel Goldstein LLP in such bankruptcy case.

Date    March 5, 2025

                                                /s/ Ephraim Diamond, CRO

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                            Chapter 11

Levy Ventures LLC,                                                       Case No.

                              Debtor.
---------------------------------------------------------------x

## LIST OF LAWSUITS

Adam Friedman, Ralph Vartolo, Catherine Aponte and Rachel Kiefer et al, Substitute Trustee v.
Levy Ventures LLC and Eluzer Gold
Circuit Court for Baltimore City, Maryland
Index No. C-24-CV-24-004350
Foreclosure Action re: 5324 Saint Charles Avenue, Baltimore, MD 21215

Attorney for Plaintiff:
    Rachel Kiefer, Esq.
    Friedman Vartolo LLP
    1325 Franklin Avenue, Suite 160
    Garden City, NY 11530

Adam Friedman, Ralph Vartolo, Catherine Aponte and Rachel Kiefer et al, Substitute Trustee v.
Levy Ventures LLC and Eluzer Gold
Circuit Court for Baltimore City, Maryland
Index No. C-24-CV-24-004244
Foreclosure Action re: 2222 Walbrook Avenue, Baltimore, MD 21216

Attorney for Plaintiff:
    Rachel Kiefer, Esq.
    Friedman Vartolo LLP
    1325 Franklin Avenue, Suite 160
    Garden City, NY 11530

Dated: New York, New York
       March 5, 2025

                                          Levy Ventures LLC

                              By: _____
                                   Ephraim Diamond, Restructuring Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                          Chapter 11

Levy Ventures LLC,                                                     Case No.

                                    Debtor.
------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

　　　　　　　　　　Eluzer Gold　　　　　100%

Dated: New York, New York
　　　　March 5, 2025

　　　　　　　　　　　　Levy Ventures LLC

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Ephraim Diamond, Restructuring Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                         Chapter 11

Levy Ventures LLC,                                             Case No.

                             Debtor.
------------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Levy Ventures LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       March 5, 2025

                                    Levy Ventures LLC

                                    By: _____
                                        Ephraim Diamond, Restructuring Officer

Adam Friedman, Ralph Vartolo, Catherine Aponte
and Rachel Kiefer et al as Substitute Trustees.
c/o Rachel Kiefer, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530

Marie C. Smith, Supervisor of Assessments
William Donald Schafer Tower
6 Saint Paul Street, 11th Floor
Baltimore, MD 21202

Baltimore City Department of Finance
Director of Finance
100 North Holliday Street
Baltimore, MD 21202

Baltimore City State's Attorney
120 E. Baltimore Street
Baltimore, MD 21202

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

NYS Attorney General
28 Liberty St
New York, NY 10005-1400

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300