UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                                **Chapter 11**

**Levy Ventures LLC**

                                                **Case No. 25-22182 (SHL)**

                Debtor.
------------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

      **Levy Ventures LLC,** (the "Debtor") having filed a voluntary petition under chapter 11 of title 11, United States Code (the "Bankruptcy Code") **March 5, 2025,** and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

      **ORDERED**, pursuant to Bankruptcy Code § 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge using **Zoom For Government (SHL)** on **April 9, 2025 at 10:00 a.m.** or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia,* such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

      **ORDERED**, that the Debtor shall give notice by mail of this order at least seven (7) days prior to the scheduled conference to each committee appointed to serve in the case pursuant to Bankruptcy Code § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any post-petition lender to the Debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: March 6, 2025
White Plains, New York

                                                        */s/ Sean H. Lane*
                                                       United States Bankruptcy Judge