**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

------------------------------------------------------- X

In re:

Levy Ventures LLC,

                            Debtor.

Chapter: 11
Case No.: 25-22182-SHL
Judge: Hon. Sean H. Lane

------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the firm of McCalla Raymer Leibert Pierce, LLP hereby appears in this matter on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust with respect to its interest in the real property described as 3617 KENYON AVENUE, Baltimore, MD 21213. Pursuant to Bankruptcy Rule 2002, kindly direct all court notices, pleadings, and correspondence to the undersigned.

                                      MCCALLA RAYMER LEIBERT PIERCE, LLP
                                      Attorneys for Wilmington Savings Fund Society,
                                      FSB, not in its individual capacity but solely as
                                      Trustee for Ibis Holdings A Trust

Dated: March 13, 2025        By:   */s/ Linda St. Pierre*
                                              Linda St. Pierre
                                              280 Trumbull St FL 23
                                              Hartford, CT 06103
                                              Telephone: (347) 286-7409
                                              Facsimile: (347) 286-7414
                                              NY_ECF_Notices@McCalla.com

NOA