**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

------------------------------------------------------- X

In re:

Levy Ventures LLC,
                       Debtor.

Chapter: 11
Case No.: 25-22182-SHL
Judge: Hon. Sean H. Lane

------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the firm of McCalla Raymer Leibert Pierce, LLP hereby appears in this matter on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 with respect to its interest in the real property described as 1687 DARLEY AVE, Clifton, MD 21213. Pursuant to Bankruptcy Rule 2002, kindly direct all court notices, pleadings, and correspondence to the undersigned.

                                         MCCALLA RAYMER LEIBERT PIERCE, LLP
                                         Attorneys for U.S. Bank Trust National Association,
                                         not in its individual capacity but solely as Trustee of
                                         Fidelity & Guaranty Life Mortgage Trust 2018-1

Dated: March 13, 2025         By:     */s/ Linda St. Pierre*
                                                   Linda St. Pierre
                                                   280 Trumbull St FL 23
                                                   Hartford, CT 06103
                                                   Telephone: (347) 286-7409
                                                   Facsimile: (347) 286-7414
                                                   NY_ECF_Notices@McCalla.com

NOA