**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

-------------------------------------------------------- X

In re:

| | |
|---|---|
| Levy Ventures LLC, | Chapter: 11 |
| Debtor. | Case No.: 25-22182-SHL |
| | Judge: Hon. Sean H. Lane |

-------------------------------------------------------- X

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the firm of McCalla Raymer Leibert Pierce, LLP hereby appears in this matter on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Determination Mortgage Trust with respect to its interest in the real property described as 1942 MOSHER ST, Baltimore, MD 21217. Pursuant to Bankruptcy Rule 2002, kindly direct all court notices, pleadings, and correspondence to the undersigned.

    MCCALLA RAYMER LEIBERT PIERCE, LLP
Attorneys for U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Determination Mortgage Trust

Dated: March 13, 2025         By:   */s/ Linda St. Pierre*
Linda St. Pierre
280 Trumbull St FL 23
Hartford, CT 06103
Telephone: (347) 286-7409
Facsimile: (347) 286-7414
NY_ECF_Notices@McCalla.com

NOA