UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                          Chapter 11

Levy Ventures LLC,                                                   Case No. 25-221182-SHL

                                        Debtor.
-------------------------------------------------------------x

## DECLARATION PURSUANT TO LOCAL RULE 1007-2

Ephraim Diamond, CRO of Levy Ventures LLC (the "Debtor") declares the following under penalties of perjury pursuant to 28 U.S.C. Section 1746:

1.    I, through my firm, Arbel Capital Advisors LLC, was engaged pre-petition as the Debtor's Chief Restructuring Officer ("CRO") for purposes of leading the Debtor's reorganization efforts in this Chapter 11 case.  I, along with my firm, specialize in business restructurings and workouts, bankruptcy, and litigation planning, including Chapter 11 reorganizations and independent and fiduciary oversight for distressed and special situations.  I have over 20 years of restructuring and crisis management experience, and I have appeared on behalf of debtors in numerous bankruptcy proceedings.

2.    The Debtor specifically sought my involvement to assist in restructuring the Debtor's  real estate assets, consisting of approximately 130 residential family homes which can be sold, refinanced or reinstated to maximize value.

3.    I have familiarized myself with the Debtor's overall financial and legal affairs, and I submit this Declaration pursuant to the Local Rules of this Court to lay out the history of the Debtor's business, current capital structure and exit strategy.

**Background**

4.      The Debtor is a limited liability company  formed in February 2023, which maintains its principal place of business in New City, New York.  The business of the Debtor is to buy and lease residential home properties, primarily in the Baltimore, Maryland area.

5.      More particularly, during the period beginning in March 2023 and ending in August 2024, the Debtor purchased 125 single-family dwellings and 5 two-family dwellings in and around Baltimore, Maryland (each a "Property" and collectively, the "Properties").   The collective purchase price of the Properties was $29,479,726, with a current estimated value of $19,671,500, based on an average value of $151,319.23.

6.      In conjunction with the purchase of the Properties, the Debtor obtained a series of mortgage loans from a group of lenders and mortgagees, with Shellpoint acting as the servicers for about forty of the mortgages.  Besides Shellpoint, Fay Servicing, Renovo, SPS and Plant Home are also servicing agents under the Debtor's mortgages.

7.      As part of the original business plan, a large portion of the Properties were meant to be leased to Section 8 tenants.  The Debtor even changed management companies to retain a perceived Section 8 specialist in order to position the Debtor in navigating the HUD requirements of Section 8 housing.

8.      Unfortunately, the new property management company did not work out, and left the Debtor with many vacancies and inadequate cash flow.  Exacerbating matters, the new property management company failed to properly or timely communicate with existing tenants and prospective tenants, as well as representatives of HUD.

9.      As a consequence, the Debtor fell behind in mortgage payments and was plagued by a freeze on rent payments.

10.     The Debtor hopes to revive the relationship with HUD and intends to replace the management company.

11.     Before default interest was asserted, the Debtor's aggregate loans required monthly debt service of $198,404.54, while the Debtor's current rent role is only $68,221.50.  Due to this deficiency, at least 70 of the Properties faced pending or imminent foreclosure at the time of the bankruptcy filing.  Moreover, the balance of the loans require restructuring as well.  A summary of the Debtor's portfolio of Properties and status of mortgage loans is attached hereto as Exhibit "A".

## Local Rule 1007-2

12.     Pursuant to Local Rule 1007-2(a)(2) and (3), no committees were formed prior to the filing of the Petition.

13.     Pursuant to Local Rule 1007-2(a)(4), the names and addresses of all creditors have been filed.  A full set of schedules will be filed shortly.  A motion seeking an extension of the deadline for the filing of all schedules and statements has been noticed for hearing on April 9, 2025.

14.     Pursuant to Local Rule 1007-2(a)(5), the Debtor has multiple lenders.  A full list of the current mortgages will be filed as part of Schedule "D".

15.     Pursuant to Local Rule 1007-2(a)(6), a full set of schedules of assets will be filed shortly.

16.     Pursuant to Local Rule 1007-2(a)(7), the sole member of the Debtor is Eluzer Gold.

17.     Pursuant to Local Rule 1007-2(a)(8), no  Receiver has been appointed.

18.     Pursuant to Local Rule 1007-2(a)(9), the Debtor owns the Properties listed in Exhibit "A".

19.    Pursuant to Local Rule 1007-2(a)(10), the Debtor's books and records are maintained in New City, NY.

20.    Pursuant to Local Rule 1007-2(a)(11), a schedule of pending lawsuits will be filed as part of the Statement of Financial Affairs.

21.    Pursuant to Local Rule 1007-2(a)(11), I am the CRO and serve in this capacity pursuant to a written engagement agreement.  My retention will be the subject of a formal application to be filed under the Jay Alix Protocols.

22.    Pursuant to Local Rule 1007-2(b) the Debtor acts a landlord with respect to certain of the occupied Properties.  A current rent roll is attached hereto as Exhibit "B".

Dated: New York, NY
       April 8, 2025
                                                /s/ Ephraim Diamond

# EXHIBIT A

| Address | Allocated Balance | Servicer | FC Named Secured Party | FC Named Attorney | Investor / Trustee | Address Line 1 |
|---|---|---|---|---|---|---|
| 2828 E Chase St | $148,000.00 | Planet Home | Athene Annuity & Life Company | Hofmeister Robinson & DiPietro | Athene Annuity & Life Company | PO Box 1555 |
| 4524 Pimlico Rd | $172,000.00 | Planet Home | Athene Annuity & Life Company | Hofmeister Robinson & DiPietro | Athene Annuity & Life Company | PO Box 1555 |
| 727 N Linwood Ave | $160,000.00 | Planet Home | Athene Annuity & Life Company | Hofmeister Robinson & DiPietro | Athene Annuity & Life Company | PO Box 1555 |
| 5122 Chalgrove Ave | $168,750.00 | Planet Home | Athene Annuity & Life Company | Hofmeister Robinson & DiPietro | Athene Annuity & Life Company | PO Box 1555 |
| 2528 Druid Park Dr | $180,000.00 | Planet Home | Athene Annuity & Life Company | Hofmeister Robinson & DiPietro | Athene Annuity & Life Company | PO Box 1555 |
| 1008 W Lanvale St | $220,000.00 | Planet Home | Athene Annuity & Life Company | Hofmeister Robinson & DiPietro | Athene Annuity & Life Company | PO Box 1555 |
| 3614 Kenyon Ave | $148,000.00 | Planet Home | Athene Annuity & Life Company | Hofmeister Robinson & DiPietro | Athene Annuity & Life Company | PO Box 1555 |
| 251 S Hilton St | $157,210.00 | Planet Home | Athene Annuity & Life Company | Hofmeister Robinson & DiPietro | Athene Annuity & Life Company | PO Box 1555 |
| 3533 Lucille Ave | $184,000.00 | Planet Home | Athene Annuity & Life Company | Hofmeister Robinson & DiPietro | Athene Annuity & Life Company | PO Box 1555 |
| 1206 N Curley St | $165,000.00 | Planet Home | Athene Annuity & Life Company | Hofmeister Robinson & DiPietro | Athene Annuity & Life Company | PO Box 1555 |
| 820 McKean Ave | $164,000.00 | Planet Home | Athene Annuity & Life Company | Planet Home | Athene Annuity & Life Company | PO Box 1555 |
| 1911 Cecil Ave | $161,950.00 | Planet Home | Athene Annuity & Life Company | Hofmeister Robinson & DiPietro | Athene Annuity & Life Company | PO Box 1555 |
| 3025 W Lanvale St | $149,250.00 | Planet Home | Athene Annuity & Life Company | Hofmeister Robinson & DiPietro | Athene Annuity & Life Company | PO Box 1555 |
| 2512 Wilkens Ave | $156,000.00 | Planet Home | Athene Annuity & Life Company | Hofmeister Robinson & DiPietro | Athene Annuity & Life Company | PO Box 1555 |
| 1012 Bennett Pl | $200,000.00 | Fay Servicing | COLT 2023-3 | Cohn, Goldberg & Deutsch LLC | US Bank Trust National Association | 800 Nicollet Mall |
| 1230 N Caroline St | $272,000.00 | Fay Servicing | COLT 2023-3 | Fay Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 1403 Race St | $337,500.00 | Fay Servicing | COLT 2023-3 | Fay Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 1917 Lydonlea Way | $216,000.00 | Fay Servicing | COLT 2023-3 | Fay Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 308 Guayan Ave | $206,400.00 | Fay Servicing | COLT 2023-3 | Cohn, Goldberg & Deutsch LLC | US Bank Trust National Association | 800 Nicollet Mall |
| 346 S Macon St | $210,000.00 | Fay Servicing | COLT 2023-3 | Fay Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 910 E 30th St | $232,000.00 | Fay Servicing | COLT 2023-3 | Cohn, Goldberg & Deutsch LLC | US Bank Trust National Association | 800 Nicollet Mall |
| 1372 Sherwood Ave | $208,000.00 | Fay Servicing | COLT 2023-3 | Fay Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 1258 Glyndon Ave | $208,000.00 | Fay Servicing | COLT 2023-3 | Fay Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 2721 Pelham Ave | $208,000.00 | Fay Servicing | COLT 2023-3 | Cohn, Goldberg & Deutsch LLC | US Bank Trust National Association | 800 Nicollet Mall |
| 2703 The Alameda Ave | $208,000.00 | Fay Servicing | COLT 2023-3 | Fay Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 2444 Brentwood Ave | $225,000.00 | Fay Servicing | COLT 2023-3 | Fay Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 1813 E Federal St | $236,250.00 | Fay Servicing | COLT 2023-3 | Fay Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 1111 N Lakewood Ave | $220,000.00 | Fay Servicing | COLT 2023-3 | Fay Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 2625 Garrett Ave | $183,200.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 1411 Ramsay St | $151,200.00 | Fay Servicing | IBIS Holdings A Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 1942 W Mosher St | $177,600.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 1108 N Dukeland St | $162,400.00 | Fay Servicing | IBIS Holdings A Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 1687 Darley Ave | $191,200.00 | Fay Servicing | Fidelity & Guaranty Life Mortgage Trust 2018-1 | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1731 McHenry St | $153,600.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 2801 Presbury St | $168,000.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1607 Race St | $360,000.00 | Fay Servicing | IBIS Holdings A Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 2840 Woodbrook Ave | $160,000.00 | Fay Servicing | IBIS Holdings A Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 1123 McKean Ave | $144,000.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 2110 W Saratoga St | $156,000.00 | Fay Servicing | IBIS Holdings A Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1822 Wilkens Ave | $184,000.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 2529 Woodbrook Ave | $180,000.00 | Fay Servicing | IBIS Holdings A Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 1652 Darley Ave | $172,000.00 | Fay Servicing | IBIS Holdings A Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2952 Pressitman St | $180,000.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 3217 Brighton St | $164,000.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1625 N Rosedale St | $150,400.00 | Fay Servicing | IBIS Holdings A Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 3214 Kenyon Ave | $148,000.00 | Fay Servicing | IBIS Holdings A Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 3617 Kenyon Ave | $152,000.00 | Fay Servicing | IBIS Holdings A Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 3323 Kenyon Ave | $148,000.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 3834 Elmora Ave | $148,000.00 | Fay Servicing | IBIS Holdings A Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 736 N Linwood Ave | $148,000.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 3514 Dudley Ave | $152,000.00 | Fay Servicing | IBIS Holdings A Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 4235 Seidel Ave | $144,000.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 505 N Collington Ave | $140,000.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1518 Eirino St | $152,000.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 3122 Brendan Ave | $160,000.00 | Fay Servicing | Stone Roots M Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 2007 W Saratoga St | $148,000.00 | Fay Servicing | Stone Roots M Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 4926 Schaub Ave | $148,000.00 | Fay Servicing | Stone Roots M Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 3113 Chesterfield Ave | $144,000.00 | Fay Servicing | Stone Roots M Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 3131 Chesterfield Ave | $152,000.00 | Fay Servicing | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 3032 Fleetwood Ave | $224,000.00 | Fay Servicing | Stone Roots M Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1083 Ellicott Driveway | $184,000.00 | Fay Servicing | IBIS Holdings A Trust | Friedman Vartolo | Wilmington Savings Fund Society | 500 Delaware Ave |
| 1809 Rayner Ave | $148,000.00 | Community | Aldridge Pite, LLP | Samuel White, P.C. | Aldridge Pite LLP (secured party) | 3525 Piedmonet Rd NE |
| 2703 Ellicott Dr | $184,000.00 | Community | Aldridge Pite, LLP | Samuel White, P.C. | Aldridge Pite LLP (secured party) | 3525 Piedmonet Rd NE |
| 33 N Kresson St | $152,000.00 | Community | Aldridge Pite, LLP | Samuel White, P.C. | Aldridge Pite LLP (secured party) | 3525 Piedmonet Rd NE |
| 1829 N Bond St | $232,500.00 | Selene Finance | Selene Finance | Selene Finance | | |
| 1203 Cedarcroft Rd | $191,250.00 | Selene Finance | Selene Finance | Selene Finance | | |
| 1531 N Woodyear St | $149,625.00 | Selene Finance | Blackstone Resolution Life | De Cubas & Lewis | Blackstone Resolution Life | |
| 2408 E Federal St | $156,750.00 | Selene Finance | Selene Finance | Selene Finance | | |
| 1932 Harlem Ave | $172,125.00 | Selene Finance | Blackstone Resolution Life | De Cubas & Lewis | Blackstone Resolution Life | |
| 849 Harlem Ave | $198,400.00 | Selene Finance | Blackstone Resolution Life | De Cubas & Lewis | Blackstone Resolution Life | |
| 4718 Wilern Ave | $161,250.00 | Selene Finance | Selene Finance | Selene Finance | | |
| 1114 Myrtle Ave | $168,000.00 | Selene Finance | Blackstone Resolution Life | De Cubas & Lewis | Blackstone Resolution Life | |
| 1934 Harlem Ave | $160,000.00 | Selene Finance | Blackstone Resolution Life | De Cubas & Lewis | Blackstone Resolution Life | |
| 2811 Ulman Ave | $187,500.00 | Selene Finance | Blackstone Resolution Life | De Cubas & Lewis | Blackstone Resolution Life | |
| 1801 W Lafayette Ave | $204,000.00 | Selene Finance | Blackstone Resolution Life | De Cubas & Lewis | Blackstone Resolution Life | |
| 1222 N Ellwood Ave | $168,750.00 | Selene Finance | Blackstone Resolution Life | De Cubas & Lewis | Blackstone Resolution Life | |
| 703 Springfield Ave | $156,000.00 | Rushmore | Oakmont Mortgage Trust | Rushmore Servicing | | |
| 2918 Independence St | $172,000.00 | Shellpoint | Stone Roots M Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 5623 Arnhem Rd | $196,000.00 | Shellpoint | Determination Mortgage Trust | Greenspoon Marder | US Bank Trust National Association | 800 Nicollet Mall |
| 1021 N Carrollton Ave | $192,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1815 N Woodbourne Ave | $176,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1227 E Lanvale St | $241,600.00 | Shellpoint | JP Morgan Mortgage Trust 2023-DSC2 | Shellpoint Mortgage Servicing | Citibank | 388 Greenwich St |
| 1814 E Belvedere Ave | $176,000.00 | Shellpoint | BPL Mortgage Trust | Shellpoint Mortgage Servicing | | |
| 3012 Kentucky Ave | $180,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 416 N Milton Ave | $176,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 512 Sheridan Ave | $176,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 4013 Boarman Ave | $172,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 121 N Hilton St | $196,000.00 | Shellpoint | Determination Mortgage Trust | Shellpoint Mortgage Servicing | US Bank Trust National Association | 800 Nicollet Mall |

| Address | Amount | Servicer | Trust | Attorney/Servicer | Trustee | Trustee Address |
|---|---|---|---|---|---|---|
| 916 N Franklintown Rd | $176,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 2736 Mura St | $180,000.00 | Shellpoint | Stone Roots M Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1017 N Carrollton Ave | $192,000.00 | Shellpoint | JP Morgan Mortgage Trust 2024-VIS1 | Shellpoint Mortgage Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 5205 Saint Charles Ave | $184,000.00 | Shellpoint | Fidelity & Guaranty Life Mortgage Trust 2018-1 | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 2222 Walbrook Ave | $164,000.00 | Shellpoint | Stone Roots M Trust | Greenspoon Marder | US Bank Trust National Association | 800 Nicollet Mall |
| 4942 Edgemere Ave | $164,000.00 | Shellpoint | Determination Mortgage Trust | Shellpoint Mortgage Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 5203 Saint Charles Ave | $184,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | Metropolitan Life Insurance Company | 200 Park Ave |
| 2309 Homewood Ave | $188,000.00 | Shellpoint | Metropolitan Tower Life Insurance Company | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1515 N Decker Ave | $160,000.00 | Shellpoint | Fidelity & Guaranty Life Mortgage Trust 2018-1 | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1429 N Luzerne Ave | $152,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1513 N Luzerne Ave | $175,200.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 2728 Lauretta Ave | $156,800.00 | Shellpoint | Pacific Asset Holding LLC | Friedman Vartolo | Pacific Life Insurance Company | 700 Newport Center Dr |
| 5234 Saint Charles Ave | $184,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1719 N Longwood St | $172,000.00 | Shellpoint | JP Morgan Mortgage Trust 2024-VIS1 | Shellpoint Mortgage Servicing | Citibank | 388 Greenwich St |
| 3315 Elmley Ave | $160,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 2624 E Hoffman St | $208,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 2618 E Oliver St | $152,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 3017 Kentucky Ave | $156,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 4150 Eierman Ave | $148,000.00 | Shellpoint | Determination Mortgage Trust | Shellpoint Mortgage Servicing | Citibank | 388 Greenwich St |
| 1422 N Luzerne Ave | $160,000.00 | Shellpoint | JP Morgan Mortgage Trust 2023-DSC2 | Shellpoint Mortgage Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 5145 Nelson Ave | $164,800.00 | Shellpoint | Stone Roots M Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1630 Darley Ave | $156,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 3908 W Garrison Ave | $152,000.00 | Shellpoint | Stone Roots M Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 1502 N Luzerne Ave | $160,000.00 | Shellpoint | Determination Mortgage Trust | Friedman Vartolo | US Bank Trust National Association | 800 Nicollet Mall |
| 701 N Luzerne Ave | $168,000.00 | Shellpoint | Verus Securitization Trust 2023-7 | Shellpoint Mortgage Servicing | Wilmington Savings Fund Society | 500 Delaware Ave |
| 40 E Heath St | $345,000.00 | Shellpoint | Grove Funding III Trust 2024-1 | Shellpoint Mortgage Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 408 N Clinton St | $188,000.00 | Shellpoint | Grove Funding III Trust 2024-1 | Shellpoint Mortgage Servicing | US Bank Trust National Association | 800 Nicollet Mall |
| 2321 N Rosedale St | $192,250.00 | Shellpoint | Verus Securitization Trust 2023-INV3 | Shellpoint Mortgage Servicing | Wilmington Savings Fund Society | 500 Delaware Ave |
| 1510 Popland St | $142,500.00 | Shellpoint | JP Morgan Mortgage Acquisition Corp. | Shellpoint Mortgage Servicing | JP Morgan Mortgage Acquisition Corp | 383 Madison Ave |
| 1520 Popland St | $142,500.00 | Shellpoint | JP Morgan Mortgage Acquisition Corp. | Shellpoint Mortgage Servicing | JP Morgan Mortgage Acquisition Corp | 383 Madison Ave |
| 1507 Hazel St | $142,500.00 | Shellpoint | JP Morgan Mortgage Acquisition Corp. | Shellpoint Mortgage Servicing | JP Morgan Mortgage Acquisition Corp | 383 Madison Ave |
| 2539 W Fayette St | $149,520.00 | SPS | OBX 2024-NQM7 Trust | Select Portfolio Servicing |  |  |
| 1942 Penrose Ave | $165,000.00 | SPS | OBX 2024-NQM6 Trust | Robertson, Anschutz, Schneid, Crar |  |  |
| 2425 Brentwood Ave | $159,200.00 | SPS | OBX 2024-NQM7 Trust | Select Portfolio Servicing |  |  |
| 2864 Mayfield Ave | $165,000.00 | SPS | OBX 2024-NQM6 Trust | Select Portfolio Servicing |  |  |
| 2523 W Fayette St | $149,250.00 | SPS | OBX 2024-NQM6 Trust | Select Portfolio Servicing |  |  |
| 2611 W Fayette St | $149,250.00 | SPS | OBX 2024-NQM6 Trust | Rosenberg & Associates, LLC |  |  |
| 3817 Reisterstown Rd | $188,000.00 | SPS |  | Select Portfolio Servicing |  |  |
| 1147 N Fulton Ave | $220,000.00 | SPS |  | Select Portfolio Servicing |  |  |
| 1417 W Ostend St | $224,000.00 | SPS | OBX 2024-NQM6 Trust | Rosenberg & Associates, LLC |  |  |
| 4114 Park Heights Ave | $184,000.00 | SPS |  | Select Portfolio Servicing |  |  |
| 416 N Glover St | $161,250.00 | Shellpoint | JP Morgan Mortgage Acquisition Corp | Shellpoint Mortgage Servicing | JP Morgan Mortgage Acquisition Corp | 383 Madison Ave |

# EXHIBIT B

| Street Address | City | State | Tenant Name | Rent Amount | Security Deposit | Occupancy | Lease Start Date | Lease End Date |
|---|---|---|---|---|---|---|---|---|
| 5145 Nelson Ave | Baltimore | Maryland | Aminna Turnipseed-EL | $1,500.00 | $1,500.00 | Tenant Occupied | 2/6/2024 | 2/5/2025 |
| 2721 Pelham Ave | Baltimore | Maryland | | | | Vacant | | |
| 2444 Brentwood Ave | Baltimore | Maryland | | | | Vacant | | |
| 1719 N Longwood St - 2 Uni | Baltimore | Maryland | | | | Vacant | | |
| 1017 N Carrollton Ave | Baltimore | Maryland | | | | Vacant | | |
| 1021 N Carrollton Ave | Baltimore | Maryland | | | | Vacant | | |
| 1258 Glyndon Ave | Baltimore | Maryland | | | | Vacant | | |
| 5234 Saint Charles Ave | Baltimore | Maryland | | | | Vacant | | |
| 5205 Saint Charles Ave | Baltimore | Maryland | | | | Vacant | | |
| 1111 N Lakewood Ave | Baltimore | Maryland | | | | Professional Squatter | | |
| 308 Gusryan Ave - 2 Units | Baltimore | Maryland | Marcelina Alonso Carrillo/ Gregorio P. Calderon | $2,855.00 | $2,475.00 | Tenant Occupied | 7/15/2024 | 07/14/2025 |
| 1230 N Caroline St | Baltimore | Maryland | | | | Vacant | | |
| 1813 E Federal St | Baltimore | Maryland | | | | Vacant | | |
| 416 N Milton Ave | Baltimore | Maryland | | | | Vacant | | |
| 1012 Bennett Pl | Baltimore | Maryland | | | | Vacant | | |
| 1630 Darley Ave | Baltimore | Maryland | | | | Vacant | | |
| 1403 Race St | Baltimore | Maryland | | | | Unknown | | |
| 5203 Saint Charles Ave | Baltimore | Maryland | | | | Vacant | | |
| 5623 Arnhem Rd - 2 units | Baltimore | Maryland | | | | Vacant | | |
| 4150 Eierman Ave | Baltimore | Maryland | | | | Vacant | | |
| 512 Sheridan Ave | Baltimore | Maryland | | | | Squatter | | |
| 3908 W Garrison Ave | Baltimore | Maryland | | | | Vacant | | |
| 910 E 30th St | Baltimore | Maryland | | | | Vacant | | |
| 346 S Macon St | Baltimore | Maryland | | $1,800.00 | | Unknown | | |
| 1917 Lydonlea Way | Baltimore | Maryland | | | | Vacant | | |
| 4013 Boarman Ave | Baltimore | Maryland | | | | Vacant | | |
| 3315 Elmley Ave | Baltimore | Maryland | Erica Pack-Carter | $1,500.00 | $2,000.00 | Tenant Occupied | 4/1/2023 | 3/31/2024 |
| 3017 Kentucky Ave | Baltimore | Maryland | Ebony Williams | $1,300.00 | $2,000.00 | Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 3012 Kentucky Ave | Baltimore | Maryland | | | | Vacant | | |
| 2703 The Alameda | Baltimore | Maryland | | $1,700.00 | | Unknown | | |
| 2624 E Hoffman St | Baltimore | Maryland | Thomas Armstrong Jr | $1,150.00 | $0.00 | Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 4942 Edgemere Ave | Baltimore | Maryland | Robin Harvey | $1,450.00 | $3,141.62 | Tenant Occupied | 7/1/2023 | 6/30/2024 |
| 2222 Walbrook Ave | Baltimore | Maryland | | | | Vacant | | |
| 2618 E Oliver St | Baltimore | Maryland | | | | Vacant | | |
| 2918 Independence St | Baltimore | Maryland | Tenika Edwards | $1,438.00 | $0.00 | Tenant Occupied | 2/3/2023 | 2/28/2025 |
| 2736 Mura St | Baltimore | Maryland | | | | Vacant | | |
| 1372 Sherwood Ave | Baltimore | Maryland | Raiven Davis | $2,778.00 | $2,278.00 | Tenant Occupied | 4/26/2024 | 4/25/2025 |
| 1815 N Woodbourne Ave | Baltimore | Maryland | Lartasha Griffin | $1,000.00 | $0.00 | Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 1513 N Luzerne Ave | Baltimore | Maryland | Maurice Camp | $1,250.00 | $0.00 | Tenant Occupied | 5/1/2023 | 4/30/2024 |

| Address | Tenant | Rent | Status | Start | End |
|---|---|---|---|---|---|
| 916 N Franklintown Rd | Baltimore Maryland | | Vacant | | |
| 1515 N Decker Ave | Baltimore Maryland Barbara Pannell | $850.00 | $0.00 Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 1502 N Luzerne Ave | Baltimore Maryland | | Vacant | | |
| 1429 N Luzerne Ave | Baltimore Maryland Latonya Blackwell | $1,100.00 | $0.00 Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 2309 Homewood Ave | Baltimore Maryland | | Vacant | | |
| 1422 N Luzerne Ave | Baltimore Maryland Jaquetta Barnett | $950.00 | $0.00 Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 1814 E Belvedere Ave | Baltimore Maryland John Newton | $1,100.00 | $0.00 Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 121 N Hilton St | Baltimore Maryland | | Vacant | | |
| 2728 Lauretta Ave | Baltimore Maryland Lawonne Moody | $1,447.00 | Tenant Occupied | 3/24/2023 | 4/30/2025 |
| 1227 E Lanvale St | Baltimore Maryland | | Vacant | | |
| 40 E Heath St | Baltimore Maryland | | Vacant | | |
| 1942 Mosher St | Baltimore Maryland | | Vacant | | |
| 1203 Cedarcroft Rd | Baltimore Maryland Deontrez Thornton | $2,200.00 | $4,400.00 Tenant Occupied | 7/1/2023 | 6/30/2024 |
| 1829 N Bond St | Baltimore Maryland | | Vacant | | |
| 1108 N Dukeland St | Baltimore Maryland April Dodd | $1,200.00 | $2,400.00 Tenant Occupied | 6/23/2023 | 6/30/2024 |
| 2321 N Rosedale St | Baltimore Maryland | | Vacant | | |
| 701 N Luzerne Ave | Baltimore Maryland Florance Domingos | $1,650.00 | $0.00 Tenant Occupied | 8/1/2023 | 7/31/2024 |
| 4524 Pimlico Rd | Baltimore Maryland | | Vacant | | |
| 2840 Woodbrook Ave | Baltimore Maryland | | Vacant | | |
| 2828 E Chase St | Baltimore Maryland | | Vacant | | |
| 727 N Linwood Ave | Baltimore Maryland | | Vacant | | |
| 1607 Race St | Baltimore Maryland Kaitlin Hawkins | $1,850.00 | $1,850.00 Tenant Occupied | Month to month | |
| 2528 Druid Park Dr | Baltimore Maryland | | Vacant | | |
| 2529 Woodbrook Ave | Baltimore Maryland | | Vacant | | |
| 2625 Garrett Ave | Baltimore Maryland Caroline Thomas | $1,475.00 | Tenant Occupied | | |
| 1411 Ramsay St | Baltimore Maryland | | Vacant | | |
| 1731 McHenry St | Baltimore Maryland Jonathan R. Wright | $968.00 | $0.00 Tenant Occupied | 6/15/2020 | 6/30/2022 |
| 2801 Presbury St | Baltimore Maryland | | Vacant | | |
| 2110 W Saratoga St | Baltimore Maryland | | Vacant | | |
| 1531 N Woodyear St | Baltimore Maryland | | Vacant | | |
| 2408 E Federal St | Baltimore Maryland | | Vacant | | |
| 4718 Wilem Ave | Baltimore Maryland David Young | $1,195.00 | $0.00 Tenant Occupied | 11/1/2023 | 10/31/2024 |
| 2811 Ulman Ave | Baltimore Maryland Latraya Jones | $1,395.00 | $2,790.00 Tenant Occupied | 3/8/2024 | 3/7/2025 |
| 1801 W Lafayette Ave | Baltimore Maryland | | Vacant | | |
| 1932 Harlem Ave | Baltimore Maryland Cassandra M. Sweet | $1,350.00 | $2,025.00 Tenant Occupied | 10/1/2024 | 9/30/2025 |
| 1114 Myrtle Ave | Baltimore Maryland Denise Grayson | $1,395.00 | $1,395.00 Tenant Occupied | 7/1/2024 | 6/30/2025 |
| 1822 Wilkens Ave | Baltimore Maryland | | Vacant | | |
| 849 Harlem Ave | Baltimore Maryland | | Vacant | | |
| 1123 McKean Ave | Baltimore Maryland Jessica Brown | $913.50 | $0.00 Tenant Occupied | 2/1/2021 | 8/31/2025 |
| 1934 Harlem Ave | Baltimore Maryland Ikela M. Cook | $1,495.00 | $2,990.00 Tenant Occupied | 7/1/2024 | 6/30/2025 |
| 1652 Darley Ave | Baltimore Maryland Deanna J. Bennette | $1,280.00 | $1,250.00 Tenant Occupied | 11/15/2024 | 11/1/2025 |

| Address | City/State | Tenant | Rent | Status | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| 3217 Brighton St | Baltimore Maryland | | | Vacant | | |
| 1625 N Rosedale St | Baltimore Maryland | | | Vacant | | |
| 2952 Presstman St | Baltimore Maryland | | | Vacant | | |
| 1008 W Lanvale St | Baltimore Maryland | | | Vacant | | |
| 3614 Kenyon Ave | Baltimore Maryland | | | Vacant | | |
| 251 S Hilton St | Baltimore Maryland Sheila M. Bullock | $1,225.00 | $1,837.50 Tenant Occupied | 10/1/2024 | 10/1/2025 |
| 3533 Lucille Ave | Baltimore Maryland | | | Vacant | | |
| 1206 N Curley St | Baltimore Maryland Teneka Gordon | $1,370.00 | $1,370.00 Tenant Occupied | 4/22/2024 | 4/21/2025 |
| 1809 Rayner Ave | Baltimore Maryland India Jenkins | $1,000.00 | $0.00 Tenant Occupied | 1/1/2024 | 12/31/2024 |
| 3214 Kenyon Ave | Baltimore Maryland Chris Young | $925.00 | $0.00 Tenant Occupied | 2/15/2018 | 4/15/2021 |
| 3617 Kenyon Ave | Baltimore Maryland Kathy Johnson | $1,060.00 | $0.00 Tenant Occupied | 5/14/2017 | 5/14/2026 |
| 3323 Kenyon Ave | Baltimore Maryland | | | Vacant | | |
| 2703 Ellicott Dr | Baltimore Maryland | | | Vacant | | |
| 33 N Kresson St | Baltimore Maryland Jenny Argueta | $1,100.00 | $0.00 Tenant Occupied | 8/31/2023 | 9/1/2024 |
| 408 N Clinton St | Baltimore Maryland | | | Vacant | | |
| 1222 N Ellwood Ave | Baltimore Maryland | | | Vacant | | |
| 820 McKean Ave | Baltimore Maryland Melody N. Johnson | $1,295.00 | $2,025.00 Tenant Occupied | 9/1/2024 | 8/31/2025 |
| 736 N Linwood Ave | Baltimore Maryland Van Cherry | $1,388.00 | $0.00 Tenant Occupied | 4/1/2015 | Month to month |
| 3514 Dudley Ave | Baltimore Maryland Cynthia McNeil | $1,250.00 | $0.00 Tenant Occupied | 1/1/2022 | 12/31/2023 |
| 4235 Seidel Ave | Baltimore Maryland | | | Vacant | | |
| 3834 Elmora Ave | Baltimore Maryland | | | Professional Squatter | | |
| 505 N Collington Ave | Baltimore Maryland | | $1,300.00 | Unknown | | |
| 1518 Elrino St | Baltimore Maryland | | | Vacant | | |
| 3025 W Lanvale St | Baltimore Maryland | | | Vacant | | |
| 3122 Brendan Ave | Baltimore Maryland Adrian Robinson | $1,250.00 | $0.00 Tenant Occupied | 10/1/2022 | 9/30/2023 |
| 4926 Schaub Ave | Baltimore Maryland Michael Garner | $1,200.00 | $0.00 Tenant Occupied | 10/1/2016 | 9/30/2017 |
| 3113 Chesterfield Ave | Baltimore Maryland Wayne Eggleston | $950.00 | $0.00 Tenant Occupied | 7/1/2018 | 7/31/2020 |
| 3131 Chesterfield Ave | Baltimore Maryland | | | Vacant | | |
| 3032 Fleetwood Ave | Baltimore Maryland Cheryl Gorham | $1,202.00 | $0.00 Tenant Occupied | 2/18/2016 | 2/28/2018 |
| 2007 W Saratoga St | Baltimore Maryland | | | Vacant | | |
| 1911 Cecil Ave | Baltimore Maryland | | | Vacant | | |
| 1417 W Ostend St | Baltimore Maryland | | | Vacant | | |
| 4114 Park Heights Ave | Baltimore Maryland | | | Vacant | | |
| 3817 Reisterstown Rd | Baltimore Maryland | | | Vacant | | |
| 2425 Brentwood Ave | Baltimore Maryland | | | Vacant | | |
| 1942 Penrose Ave | Baltimore Maryland | | | Squatter | | |
| 1083 Ellicott Driveway | Baltimore Maryland | | | Vacant | | |
| 2512 Wilkens Ave | Baltimore Maryland | | | Vacant | | |
| 2523 W Fayette St | Baltimore Maryland | | | Vacant | | |
| 2611 W Fayette St | Baltimore Maryland | | | Vacant | | |
| 2864 Mayfield Ave | Baltimore Maryland | | | Vacant | | |

| Address | Tenant | Amount | Amount 2 | Status | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| 1147 N Fulton Ave | Baltimore Maryland | | | Vacant | | |
| 5122 Chalgrove Ave | Baltimore Maryland | | | Vacant | | |
| 2539 W Fayette St | Baltimore Maryland Rhonda Jenkins | $1,350.00 | $1,350.00 | Tenant Occupied | Month to month | |
| 703 Springfield Ave | Baltimore Maryland Raynette Wilkinson | $1,000.00 | $0.00 | Tenant Occupied | 3/1/2024 | 3/31/2025 |
| 1510 Popland St | Baltimore Maryland Karl Buettner | $1,090.00 | $2,130.00 | Tenant Occupied | 8/1/2022 | |
| 1520 Popland St | Baltimore Maryland Rebecca Bell | $992.00 | $995.00 | Tenant Occupied | 6/12/2020 | 7/31/2024 |
| 1507 Hazel St | Baltimore Maryland | | | Vacant | | |
| 1687 Darley Ave - 2 Units | Baltimore Maryland Asya Maxwell | $895.00 | $1,790.00 | Tenant Occupied | 7/31/2023 | 07/18/2024 |
| 2907 Orleans St | Baltimore Maryland Hiawanda Younger | $1,150.00 | $1,725.00 | Tenant Occupied | 12/1/2023 | 11/30/2024 |
| 1530 Popland St | Baltimore Maryland Jerry Johnson | $1,225.00 | $1,400.00 | Tenant Occupied | 4/1/2024 | 3/31/2025 |
| 426 N Rose St | Baltimore Maryland Anthony Johnson Jr | $1,090.00 | $1,090.00 | Tenant Occupied | 4/1/2022 | 3/31/2025 |
| 2226 Orleans St | Baltimore Maryland Charles Watkins | $875.00 | $716.00 | Tenant Occupied | 10/1/2020 | 3/31/2025 |
| 2909 Orleans St | Baltimore Maryland Kenneth Kates | $1,364.00 | $1,950.00 | Tenant Occupied | 12/1/2023 | 2/12/2026 |
| 3636 Esther Place | Baltimore Maryland Maria Meza | $1,200.00 | $1,200.00 | Tenant Occupied | 11/22/2020 | |
| 2900 Orleans St | Baltimore Maryland Viola Graham | $1,165.00 | $2,300.00 | Tenant Occupied | 3/1/2023 | 2/28/2025 |
| 1608 Olive St | Baltimore Maryland William and Louise Fortune | $550.00 | $0.00 | Tenant Occupied | 6/1/2023 | Month to month |
| 2803 Jefferson St | Baltimore Maryland Charles Rose | $1,100.00 | $1,100.00 | Tenant Occupied | 8/1/2020 | |
| 3406 Noble St | Baltimore Maryland Juaquin Lunn | $1,250.00 | $1,875.00 | Tenant Occupied | 3/1/2022 | 2/28/2023 |
| 416 N Glover St | Baltimore Maryland Tammy Perez | $1,150.00 | $1,725.00 | Tenant Occupied | 4/1/2024 | 3/31/2025 |
| 1515 Popland St | Baltimore Maryland Denese Johnson | $890.00 | $965.00 | Tenant Occupied | 4/15/2020 | 5/31/2021 |
| 1528 Popland st | Baltimore Maryland Latisa Murphy | $940.00 | $925.00 | Tenant Occupied | 6/27/2019 | 6/30/2020 |
| **Total** | | **$79,325.50** | **$60,963.12** | | | |