Kosterich & Skeete, LLC
Counsel for Secured Creditor:
707 Westchester Ave, Suite 302
White Plains, NY 10604
(914) 395 0055

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 13

    Levy Ventures LLC,                          Case No. 25-221182-shl


Debtor(s)
-----------------------------------------------------X


## CERTIFICATE OF SERVICE

Denise Singh Skeete, certifies the following under penalties of perjury:

I am an attorney admitted to practice before this Court. On April 8, 2025, I served a true copy of the annexed Notice of Appearance by filing them electronically on the Court's electronic filing system:

Levy Ventures LLC
Debtor
368 New Hempstead Road, No. 244
New City, NY 10956

J. Ted Donovan
Attorney for Debtor
Goldberg Weprin Finkel Goldstein LLP
Goldberg Weprin Finkel Goldstein LLC
125 Park Avenue, Suite 12th Floor
New York, NY 10017

United States Trustee
Office of the United States Trustee - NY Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004

Also, the above described document was served by First Class Mail on April 8, 2025. A copy to each of the above parties was sent by regular mail in a post-paid properly addressed wrapper, under the exclusive care and custody of the United States Postal Service within the State of New York. The parties listed above constitute all parties entitled to service.

<u>s/Denise Singh Skeete, Esq.</u>
Denise Singh Skeete, Esq.

AFFIRMED:   White Plains, New York
April 8, 2025