**Fill in this information to identify the case:**

Debtor name   **Levy Ventures LLC**

United States Bankruptcy Court for the:   SOUTHERN   DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)   **25-22182**

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 29, 2025          X /s/   Ephraim Diamond
                                              Signature of individual signing on behalf of debtor

                                              Ephraim Diamond
                                              Printed name

                                              Chief Restructuring Officer
                                              Position or relationship to debtor

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    Levy Ventures LLC
　　　　　　　First Name　　　　Middle Name　　　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　Middle Name　　　Last Name

United States Bankruptcy Court for the:  Southern District of New York

Case number  26-22182
(If known)

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  |  | Unsecured claim |
|---|---|---|

**1**

MarylandRentCourt.com
Creditor's Name
7939 Honeygo Blvd
Number　　Street
Suite 116

Nottingham　　MD　21236
City　　　　　State　　ZIP Code

Contact

Contact phone

What is the nature of the claim?  Fees

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
　　　　Value of security:  − $_____
　　　　Unsecured claim  $_____

$  130.00

**2**

Baltimore Gas & Electric Company
Creditor's Name
110W.Fayette Street
Number　　Street

Baltimore　　MD　21201
City　　　　　State　　ZIP Code

Contact

Contact phone

What is the nature of the claim?  Utility

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
　　　　Value of security:  − $_____
　　　　Unsecured claim  $_____

$_____

Official Form 104　　　**For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**　　　page 1

Debtor 1    Levy Ventures LLC
_____   _____    Case number (if known) 26-22182
            First Name    Middle Name    Last Name

Unsecured claim

| 3 | Paradise City Properties | | |
|---|---|---|---|

Creditor's Name

**What is the nature of the claim?** _____    $    6,982.85

P.O.Box 50214
Number    Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated

Baltimore        MD    21211
City              State  ZIP Code

- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No

Contact

- ☐ Yes. Total claim (secured and unsecured):    $ _____

Contact phone _____

Value of security:    – $ _____

Unsecured claim    $ _____

| 4 | | | |
|---|---|---|---|

Creditor's Name

**What is the nature of the claim?** _____    $ _____

Number    Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

City              State  ZIP Code

**Does the creditor have a lien on your property?**
- ☐ No

Contact

- ☐ Yes. Total claim (secured and unsecured):    $ _____

Contact phone _____

Value of security:    – $ _____

Unsecured claim    $ _____

| 5 | | | |
|---|---|---|---|

Creditor's Name

**What is the nature of the claim?** _____    $ _____

Number    Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

City              State  ZIP Code

**Does the creditor have a lien on your property?**
- ☐ No

Contact

- ☐ Yes. Total claim (secured and unsecured):    $ _____

Contact phone _____

Value of security:    – $ _____

Unsecured claim    $ _____

| 6 | | | |
|---|---|---|---|

Creditor's Name

**What is the nature of the claim?** _____    $ _____

Number    Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

City              State  ZIP Code

**Does the creditor have a lien on your property?**
- ☐ No

Contact

- ☐ Yes. Total claim (secured and unsecured):    $ _____

Contact phone _____

Value of security:    – $ _____

Unsecured claim    $ _____

| 7 | | | |
|---|---|---|---|

Creditor's Name

**What is the nature of the claim?** _____    $ _____

Number    Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

City              State  ZIP Code

**Does the creditor have a lien on your property?**
- ☐ No

Contact

- ☐ Yes. Total claim (secured and unsecured):    $ _____

Contact phone _____

Value of security:    – $ _____

Unsecured claim    $ _____

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Levy Ventures LLC |
| United States Bankruptcy Court for the: | SOUTHERN  DISTRICT OF NEW YORK, WHITE PLAINS DIVISION |
| Case number (if known) | 25-22182 |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................................    $ _____29,479,726.00_

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................................    $ _____1,670,644.53_

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................................    $ _____31,150,370.53_

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................    $ _____23,162,680.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................    $ _____0.00_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$ _____7,112.85_

4. **Total liabilities** ...............................................................................................................................................
    Lines 2 + 3a + 3b    $ _____23,169,792.85_

| Fill in this information to identify the case: | |
|---|---|
| Debtor name __Levy Ventures LLC__ | |
| United States Bankruptcy Court for the: | SOUTHERN   DISTRICT OF NEW YORK, WHITE PLAINS DIVISION |
| Case number (if known) __25-22182__ | ☐ Check if this is an amended filing |

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                                                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  See attached list | | | $1,270.85 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $1,270.85 |

## Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | |
|---|---|
| Tenant security deposits | |
| 7.1.  See list annexed to Schedule G | $60,963.12 |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**

| | |
|---|---|
| Add lines 7 through 8. Copy the total to line 81. | $60,963.12 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# Levy Ventures bank accounts - Value and information

**Account #1**

- Bank: TD Bank
- Routing Number: 031201360
- Account Number: ⬛⬛⬛4858
- Value: $62.75

**Account #2**

- Bank: TD Bank
- Routing Number: 031201360
- Account Number: ⬛⬛⬛5492
- Value: $8.72

**Account #3**

- Bank: Citizens Bank
- Routing Number: 036076150
- Account Number: ⬛⬛⬛0517
- Value: $1,199.38

Debtor    Levy Ventures LLC                                    Case number (If known)  25-22182
_____
Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:           387,210.56      -         0.00  = ....           $387,210.56
                                _____        _____
                                    face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                     $387,210.56
        Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 2

| Debtor | Levy Ventures LLC | | Case number *(If known)* 25-22182 | |
|---|---|---|---|---|
| | Name | | | |

| | See attached list | | $0.00 | | $1,221,200.00 |
|---|---|---|---|---|---|

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

<div style="border:1px solid">$1,221,200.00</div>

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. 55.1. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| See attached list | | $0.00 | | $29,479,726.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

<div style="border:1px solid">$29,479,726.00</div>

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Property Address | Water Heater | Boiler/HVAC | Washer/Dryer | Stove | Fridge |
|---|---|---|---|---|---|
| 1008 W Lanvale St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1012 Bennett Pl | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1017 N Carrollton Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1021 N Carrollton Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1083 Ellicott Driveway | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1108 N Dukeland St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1111 N Lakewood Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1114 Myrtle Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1123 McKean Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1147 N Fulton Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1203 Cedarcroft Rd | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1206 N Curley St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 121 N Hilton St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1222 N Ellwood Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1227 E Lanvale St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1230 N Caroline St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1258 Glyndon Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1372 Sherwood Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1403 Race St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1411 Ramsay St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1417 W Ostend St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1422 N Luzerne Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1429 N Luzerne Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1502 N Luzerne Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1507 Hazel St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1510 Popland St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1513 N Luzerne Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1515 N Decker Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1515 Popland St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1518 Elrino St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1520 Popland St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1528 Popland St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1530 Popland St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1531 N Woodyear St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1607 Race St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1608 Olive St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1625 N Rosedale St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1630 Darley Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1652 Darley Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1687 Darley Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1719 N Longwood St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1731 McHenry St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1801 W Lafayette Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1809 Rayner Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1813 E Federal St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |

| | | | | |
|---|---|---|---|---|
| 1814 E Belvedere Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1815 N Woodbourne Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1822 Wilkens Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1829 N Bond St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1911 Cecil Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1917 Lydonlea Way | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1932 Harlem Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1934 Harlem Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1942 Penrose Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 1942 W Mosher St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2007 W Saratoga St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2110 W Saratoga St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2222 Walbrook Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2226 Orleans St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2309 Homewood Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2321 N Rosedale St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2408 E Federal St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2425 Brentwood Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2444 Brentwood Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 251 S Hilton St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2512 Wilkens Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2523 W Fayette St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2528 Druid Park Dr | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2529 Woodbrook Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2539 W Fayette St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2611 W Fayette St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2618 E Oliver St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2624 E Hoffman St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2625 Garrett Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2703 Ellicott Dr | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2703 The Alameda | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2721 Pelham Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2728 Lauretta Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2736 Mura St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2801 Presbury St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2803 Jefferson St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2811 Ulman Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2828 E Chase St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2840 Woodbrook Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2864 Mayfield Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2900 Orleans St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2907 Orleans St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2909 Orleans St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2918 Independence St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 2952 Presstman St | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |
| 3012 Kentucky Ave | $1,500.00 | $4,500.00 | $1,200.00 | $600.00 | $800.00 |

SCHEDULE OF REAL PROPERTY AND SECURED LENDERS

| Address | Purchase Price | Allocated Balance | Servicer | Secured Party |
|---|---|---|---|---|
| 1809 Rayner Ave | $185,000.00 | $148,000.00 | Community | Aldridge Pite, LLP |
| 2703 Ellicott Dr | $184,000.00 | $184,000.00 | Community | Aldridge Pite, LLP |
| 33 N Kresson St | $190,000.00 | $152,000.00 | Community | Aldridge Pite, LLP |
| 1008 W Lanvale St | $275,000.00 | $220,000.00 | Planet Home | Athene Annuity & Life Company |
| 1206 N Curley St | $220,000.00 | $165,000.00 | Planet Home | Athene Annuity & Life Company |
| 1911 Cecil Ave | $205,000.00 | $161,950.00 | Planet Home | Athene Annuity & Life Company |
| 251 S Hilton St | $199,000.00 | $157,210.00 | Planet Home | Athene Annuity & Life Company |
| 2512 Wilkens Ave | $195,000.00 | $156,000.00 | Planet Home | Athene Annuity & Life Company |
| 2528 Druid Park Dr | $225,000.00 | $180,000.00 | Planet Home | Athene Annuity & Life Company |
| 2828 E Chase St | $185,000.00 | $148,000.00 | Planet Home | Athene Annuity & Life Company |
| 3025 W Lanvale St | $199,000.00 | $149,250.00 | Planet Home | Athene Annuity & Life Company |
| 3533 Lucille Ave | $230,000.00 | $184,000.00 | Planet Home | Athene Annuity & Life Company |
| 3614 Kenyon Ave | $220,000.00 | $148,000.00 | Planet Home | Athene Annuity & Life Company |
| 4524 Pimlico Rd | $215,000.00 | $172,000.00 | Planet Home | Athene Annuity & Life Company |
| 5122 Chalgrove Ave | $235,000.00 | $168,750.00 | Planet Home | Athene Annuity & Life Company |
| 727 N Linwood Ave | $200,000.00 | $160,000.00 | Planet Home | Athene Annuity & Life Company |
| 820 McKean Ave | $205,000.00 | $164,000.00 | Planet Home | Athene Annuity & Life Company |
| 1114 Myrtle Ave | $230,000.00 | $168,000.00 | Selene Finance | Blackstone Resolution Life |
| 1203 Cedarcroft Rd | $255,000.00 | $191,250.00 | Selene Finance | Blackstone Resolution Life |
| 1222 N Ellwood Ave | $225,000.00 | $168,750.00 | Selene Finance | Blackstone Resolution Life |
| 1531 N Woodyear St | $199,500.00 | $149,625.00 | Selene Finance | Blackstone Resolution Life |
| 1801 W Lafayette Ave | $255,000.00 | $204,000.00 | Selene Finance | Blackstone Resolution Life |
| 1829 N Bond St | $310,000.00 | $232,500.00 | Selene Finance | Blackstone Resolution Life |
| 1932 Harlem Ave | $229,500.00 | $172,125.00 | Selene Finance | Blackstone Resolution Life |
| 1934 Harlem Ave | $229,500.00 | $160,000.00 | Selene Finance | Blackstone Resolution Life |
| 2408 E Federal St | $209,000.00 | $156,750.00 | Selene Finance | Blackstone Resolution Life |
| 2811 Ulman Ave | $250,000.00 | $187,500.00 | Selene Finance | Blackstone Resolution Life |
| 4718 Wilern Ave | $215,000.00 | $161,250.00 | Selene Finance | Blackstone Resolution Life |
| 849 Harlem Ave | $275,000.00 | $198,400.00 | Selene Finance | Blackstone Resolution Life |
| 1814 E Belvedere Ave | $220,000.00 | $176,000.00 | Shellpoint | BPL Mortgage Trust |
| 1012 Bennett Pl | $250,000.00 | $200,000.00 | Fay Servicing | COLT 2023-3 |
| 1111 N Lakewood Ave | $275,000.00 | $220,000.00 | Fay Servicing | COLT 2023-3 |
| 1230 N Caroline St | $340,000.00 | $272,000.00 | Fay Servicing | COLT 2023-3 |
| 1258 Glyndon Ave | $260,000.00 | $208,000.00 | Fay Servicing | COLT 2023-3 |
| 1372 Sherwood Ave | $260,000.00 | $208,000.00 | Fay Servicing | COLT 2023-3 |
| 1403 Race St | $450,000.00 | $337,500.00 | Fay Servicing | COLT 2023-3 |
| 1813 E Federal St | $315,000.00 | $236,250.00 | Fay Servicing | COLT 2023-3 |
| 1917 Lydonlea Way | $270,000.00 | $216,000.00 | Fay Servicing | COLT 2023-3 |
| 2444 Brentwood Ave | $300,000.00 | $225,000.00 | Fay Servicing | COLT 2023-3 |
| 2703 The Alameda Ave | $260,000.00 | $208,000.00 | Fay Servicing | COLT 2023-3 |
| 2721 Pelham Ave | $260,000.00 | $208,000.00 | Fay Servicing | COLT 2023-3 |

| | | | | |
|---|---|---|---|---|
| 308 Gusryan Ave | $258,000.00 | $206,400.00 | Fay Servicing | COLT 2023-3 |
| 346 S Macon St | $280,000.00 | $210,000.00 | Fay Servicing | COLT 2023-3 |
| 910 E 30th St | $290,000.00 | $232,000.00 | Fay Servicing | COLT 2023-3 |
| 1021 N Carrollton Ave | $240,000.00 | $192,000.00 | Shellpoint | Determination Mortgage Trust |
| 121 N Hilton St | $245,000.00 | $196,000.00 | Shellpoint | Determination Mortgage Trust |
| 1429 N Luzerne Ave | $200,000.00 | $152,000.00 | Shellpoint | Determination Mortgage Trust |
| 1502 N Luzerne Ave | $200,000.00 | $160,000.00 | Shellpoint | Determination Mortgage Trust |
| 1513 N Luzerne Ave | $220,000.00 | $175,200.00 | Shellpoint | Determination Mortgage Trust |
| 1518 Elrino St | $190,000.00 | $152,000.00 | Fay Servicing | Determination Mortgage Trust |
| 1630 Darley Ave | $195,000.00 | $156,000.00 | Shellpoint | Determination Mortgage Trust |
| 1731 McHenry St | $192,000.00 | $153,600.00 | Fay Servicing | Determination Mortgage Trust |
| 1815 N Woodbourne Ave | $220,000.00 | $176,000.00 | Shellpoint | Determination Mortgage Trust |
| 1822 Wilkens Ave | $210,000.00 | $168,000.00 | Fay Servicing | Determination Mortgage Trust |
| 1942 W Mosher St | $222,000.00 | $177,600.00 | Fay Servicing | Determination Mortgage Trust |
| 2110 W Saratoga St | $195,000.00 | $156,000.00 | Fay Servicing | Determination Mortgage Trust |
| 2618 E Oliver St | $190,000.00 | $152,000.00 | Shellpoint | Determination Mortgage Trust |
| 2624 E Hoffman St | $260,000.00 | $208,000.00 | Shellpoint | Determination Mortgage Trust |
| 2625 Garrett Ave | $229,000.00 | $183,200.00 | Fay Servicing | Determination Mortgage Trust |
| 2801 Presbury St | $210,000.00 | $168,000.00 | Fay Servicing | Determination Mortgage Trust |
| 2952 Presstman St | $225,000.00 | $180,000.00 | Fay Servicing | Determination Mortgage Trust |
| 3012 Kentucky Ave | $220,000.00 | $176,000.00 | Shellpoint | Determination Mortgage Trust |
| 3017 Kentucky Ave | $200,000.00 | $156,000.00 | Shellpoint | Determination Mortgage Trust |
| 3131 Chesterfield Ave | $190,000.00 | $152,000.00 | Fay Servicing | Determination Mortgage Trust |
| 3217 Brighton St | $205,000.00 | $164,000.00 | Fay Servicing | Determination Mortgage Trust |
| 3315 Elmley Ave | $220,000.00 | $160,000.00 | Shellpoint | Determination Mortgage Trust |
| 3323 Kenyon Ave | $185,000.00 | $148,000.00 | Fay Servicing | Determination Mortgage Trust |
| 4013 Boarman Ave | $215,000.00 | $172,000.00 | Shellpoint | Determination Mortgage Trust |
| 4150 Eierman Ave | $225,000.00 | $148,000.00 | Shellpoint | Determination Mortgage Trust |
| 416 N Milton Ave | $225,000.00 | $180,000.00 | Shellpoint | Determination Mortgage Trust |
| 4235 Seidel Ave | $185,000.00 | $144,000.00 | Fay Servicing | Determination Mortgage Trust |
| 505 N Collington Ave | $175,000.00 | $140,000.00 | Fay Servicing | Determination Mortgage Trust |
| 512 Sheridan Ave | $220,000.00 | $176,000.00 | Shellpoint | Determination Mortgage Trust |
| 5203 Saint Charles Ave | $230,000.00 | $184,000.00 | Shellpoint | Determination Mortgage Trust |
| 5234 Saint Charles Ave | $230,000.00 | $184,000.00 | Shellpoint | Determination Mortgage Trust |
| 5623 Arnhem Rd | $245,000.00 | $196,000.00 | Shellpoint | Determination Mortgage Trust |
| 736 N Linwood Ave | $185,000.00 | $148,000.00 | Fay Servicing | Determination Mortgage Trust |
| 916 N Franklintown Rd | $220,000.00 | $176,000.00 | Shellpoint | Determination Mortgage Trust |
| 1515 N Decker Ave | $200,000.00 | $160,000.00 | Shellpoint | Fidelity & Guaranty Life Mortgage Trust 2018-1 |
| 1687 Darley Ave | $239,000.00 | $191,200.00 | Fay Servicing | Fidelity & Guaranty Life Mortgage Trust 2018-1 |
| 2222 Walbrook Ave | $215,000.00 | $164,000.00 | Shellpoint | Fidelity & Guaranty Life Mortgage Trust 2018-1 |
| 40 E Heath St | $460,000.00 | $345,000.00 | Shellpoint | Grove Funding III Trust 2024-1 |
| 408 N Clinton St | $235,000.00 | $188,000.00 | Shellpoint | Grove Funding III Trust 2024-1 |
| 1083 Ellicott Driveway | $230,000.00 | $184,000.00 | Fay Servicing | IBIS Holdings A Trust |
| 1108 N Dukeland St | $203,000.00 | $162,400.00 | Fay Servicing | IBIS Holdings A Trust |
| 1123 McKean Ave | $180,000.00 | $144,000.00 | Fay Servicing | IBIS Holdings A Trust |

| Address | Value 1 | Value 2 | Servicer | Trust |
|---|---|---|---|---|
| 1411 Ramsay St | $189,000.00 | $151,200.00 | Fay Servicing | IBIS Holdings A Trust |
| 1607 Race St | $450,000.00 | $360,000.00 | Fay Servicing | IBIS Holdings A Trust |
| 1625 N Rosedale St | $188,000.00 | $150,400.00 | Fay Servicing | IBIS Holdings A Trust |
| 1652 Darley Ave | $215,000.00 | $172,000.00 | Fay Servicing | IBIS Holdings A Trust |
| 2529 Woodbrook Ave | $225,000.00 | $180,000.00 | Fay Servicing | IBIS Holdings A Trust |
| 2840 Woodbrook Ave | $200,000.00 | $160,000.00 | Fay Servicing | IBIS Holdings A Trust |
| 3214 Kenyon Ave | $185,000.00 | $148,000.00 | Fay Servicing | IBIS Holdings A Trust |
| 3514 Dudley Ave | $190,000.00 | $152,000.00 | Fay Servicing | IBIS Holdings A Trust |
| 3617 Kenyon Ave | $190,000.00 | $152,000.00 | Fay Servicing | IBIS Holdings A Trust |
| 3834 Elmora Ave | $185,000.00 | $148,000.00 | Fay Servicing | IBIS Holdings A Trust |
| 416 N Glover St | $215,000.00 | $161,250.00 | Shellpoint | JP Morgan Mortgage Acquisition Corp |
| 1507 Hazel St | $190,000.00 | $142,500.00 | Shellpoint | JP Morgan Mortgage Acquisition Corp. |
| 1510 Popland St | $21,226.00 | $142,500.00 | Shellpoint | JP Morgan Mortgage Acquisition Corp. |
| 1520 Popland St | $190,000.00 | $142,500.00 | Shellpoint | JP Morgan Mortgage Acquisition Corp. |
| 1227 E Lanvale St | $310,000.00 | $241,600.00 | Shellpoint | JP Morgan Mortgage Trust 2023-DSC2 |
| 1422 N Luzerne Ave | $200,000.00 | $160,000.00 | Shellpoint | JP Morgan Mortgage Trust 2023-DSC2 |
| 1017 N Carrollton Ave | $240,000.00 | $192,000.00 | Shellpoint | JP Morgan Mortgage Trust 2024-VIS1 |
| 1719 N Longwood St | $215,000.00 | $172,000.00 | Shellpoint | JP Morgan Mortgage Trust 2024-VIS1 |
| 2309 Homewood Ave | $235,000.00 | $188,000.00 | Shellpoint | Metropolitan Tower Life Insurance Company |
| 703 Springfield Ave | $225,000.00 | $156,000.00 | Rushmore | Oakmont Mortgage Trust |
| 1147 N Fulton Ave | $275,000.00 | $220,000.00 | SPS | OBX 2024-NQM6 Trust |
| 1417 W Ostend St | $219,000.00 | $224,000.00 | SPS | OBX 2024-NQM6 Trust |
| 1942 Penrose Ave | $199,000.00 | $165,000.00 | SPS | OBX 2024-NQM6 Trust |
| 2523 W Fayette St | $199,000.00 | $149,250.00 | SPS | OBX 2024-NQM6 Trust |
| 2611 W Fayette St | $199,000.00 | $149,250.00 | SPS | OBX 2024-NQM6 Trust |
| 2864 Mayfield Ave | $229,000.00 | $165,000.00 | SPS | OBX 2024-NQM6 Trust |
| 3817 Reisterstown Rd | $235,000.00 | $188,000.00 | SPS | OBX 2024-NQM6 Trust |
| 4114 Park Heights Ave | $235,000.00 | $184,000.00 | SPS | OBX 2024-NQM6 Trust |
| 2425 Brentwood Ave | $235,000.00 | $159,200.00 | SPS | OBX 2024-NQM7 Trust |
| 2539 W Fayette St | $199,000.00 | $149,520.00 | SPS | OBX 2024-NQM7 Trust |
| 2728 Lauretta Ave | $215,000.00 | $156,800.00 | Shellpoint | Pacific Asset Holding LLC |
| 2007 W Saratoga St | $185,000.00 | $148,000.00 | Fay Servicing | Stone Roots M Trust |
| 2736 Mura St | $240,000.00 | $180,000.00 | Shellpoint | Stone Roots M Trust |
| 2918 Independence St | $215,000.00 | $172,000.00 | Shellpoint | Stone Roots M Trust |
| 3032 Fleetwood Ave | $280,000.00 | $224,000.00 | Fay Servicing | Stone Roots M Trust |
| 3113 Chesterfield Ave | $180,000.00 | $144,000.00 | Fay Servicing | Stone Roots M Trust |
| 3122 Brendan Ave | $200,000.00 | $160,000.00 | Fay Servicing | Stone Roots M Trust |
| 3908 W Garrison Ave | $225,000.00 | $152,000.00 | Shellpoint | Stone Roots M Trust |
| 4926 Schaub Ave | $185,000.00 | $148,000.00 | Fay Servicing | Stone Roots M Trust |
| 4942 Edgemere Ave | $215,000.00 | $164,000.00 | Shellpoint | Stone Roots M Trust |
| 5145 Nelson Ave | $225,000.00 | $164,800.00 | Shellpoint | Stone Roots M Trust |
| 5205 Saint Charles Ave | $230,000.00 | $184,000.00 | Shellpoint | Stone Roots M Trust |
| 701 N Luzerne Ave | $210,000.00 | $168,000.00 | Shellpoint | Verus Securitization Trust 2023-7 |
| 2321 N Rosedale St | $275,000.00 | $192,250.00 | Shellpoint | Verus Securitization Trust 2023-INV3 |
| | $29,479,726.00 | $23,162,680.00 | | |

Debtor   Levy Ventures LLC
         _____    Case number *(if known)*   25-22182
         Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,270.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $60,963.12 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $387,210.56 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,221,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $29,479,726.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,670,644.53 | + 91b. $29,479,726.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $31,150,370.53 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Levy Ventures LLC**

United States Bankruptcy Court for the: SOUTHERN   DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)   **25-22182**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

### 2.1 Aldridge Pite LLP

Creditor's Name

c/o Community Loan Servicing
4425 Ponce de Leon Blvd., Suite 300
Miami, FL 33146

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: **$484,000.00**    Value of collateral: **$0.00**

### 2.2 Athene Annuity & Life Company

Creditor's Name

c/o Planet Home
321 Research Parkway, Suite 303
Meriden, CT 06450

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$2,334,160.00**    Value of collateral: **$0.00**

Debtor    Levy Ventures LLC
_____
Name

Case number (if known)    25-22182

- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

---

| 2.3 | Blackstone Resolution Life | Describe debtor's property that is subject to a lien | $2,150,150.00 | $0.00 |

Creditor's Name
c/o Selene Finance
3501 Lympus Blvd, Suite 500
Dallas, TX 75019
Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
- ☒ No
- ☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
- ☐ No
- ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

---

| 2.4 | BPL Mortgage Trust | Describe debtor's property that is subject to a lien | $176,000.00 | $0.00 |

Creditor's Name
c/o Shellpoint Mortgage
Servicing
P.O. Box 10826
Dallas, TX 29603
Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
- ☒ No
- ☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
- ☐ No
- ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

---

| 2.5 | Colt 2023-3 | Describe debtor's property that is subject to a lien | $3,187,150.00 | $0.00 |

Creditor's Name
c/o Fay Servicing
1601 LBJ PArkway, Suite 150
Dallas, TX 75234
Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
- ☒ No
- ☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
- ☐ No

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 7

Debtor    Levy Ventures LLC
_____    Case number (if known)    25-22182
         Name

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☒ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | Determination Mortgage Trust | **Describe debtor's property that is subject to a lien** | $5,709,600.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
c/o Fay Servicing
1601 LBJ PArkway, Suite 150
Dallas, TX 75234
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☒ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | Fidelity & Guaranty Life Mortgage Trust | **Describe debtor's property that is subject to a lien** | $515,200.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
c/o Fay Servicing
1601 LBJ PArkway, Suite 150
Dallas, TX 75234
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☒ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | Grove Funding III Trust 2024-1 | **Describe debtor's property that is subject to a lien** | $533,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

c/o Shellpoint Mortgage

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Levy Ventures LLC
_____
Name

Case number (if known)   25-22182

Servicing
P.O. Box 10826
Greenville, SC 29603
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.9 | IBIS Holdings A Trust | Describe debtor's property that is subject to a lien | $2,264,000.00 | $0.00 |

Creditor's Name
c/o Fay Servicing
1601 LBJ PArkway, Suite 150
Dallas, TX 75234
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.10 | JPMorgan Mortgage Acquisition Corp. | Describe debtor's property that is subject to a lien | $1,354,350.00 | $0.00 |

Creditor's Name
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Debtor    Levy Ventures LLC
_____    Case number (if known)    25-22182
Name

including this creditor and its relative
priority.

☒ Unliquidated
☐ Disputed

---

| 2.1 1 | Metropolitan Tower Life Ins. | Describe debtor's property that is subject to a lien | $188,000.00 | $0.00 |

Creditor's Name
c/o Shellpoint Mortgage
Servicing
P.O. Box 10826
Greenville, SC 29603
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.1 2 | Oakmont Mortgage Trust | Describe debtor's property that is subject to a lien | $156,000.00 | $0.00 |

Creditor's Name
c/o Ruchmore Servicing
8950 Cypress Waters Blvd.
Coppell, TX 75019
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.1 3 | OBX 2024-NQM6 Trust | Describe debtor's property that is subject to a lien | $1,753,220.00 | $0.00 |

Creditor's Name
c/o Shellpoint Mortgage
Servicing
P.O. Box 10826
Greenville, SC 29603
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 7

Debtor    Levy Ventures LLC                                    Case number (if known)    25-22182
_____Name_____

| | |
|---|---|
| **Date debt was incurred** | ☐ No |
| | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☒ Unliquidated |
| | ☐ Disputed |

---

| 2.1 4 | Pacific Asset Holding LLC | Describe debtor's property that is subject to a lien | $156,800.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
c/o Shellpoint Mortgage
Servicing
P.O. Box 10826
Greenville, SC 29603
_____Creditor's mailing address_____

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

_____Creditor's email address, if known_____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.1 5 | Stone Roots M Trust | Describe debtor's property that is subject to a lien | $1,840,800.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
c/o Fay Servicing
1601 LBJ PArkway, Suite
150
Dallas, TX 75234
_____Creditor's mailing address_____

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

_____Creditor's email address, if known_____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.1 6 | Verus Securitization Trust | Describe debtor's property that is subject to a lien | $360,250.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

c/o Shellpoint Mortgage

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 7

Debtor   Levy Ventures LLC
_____   Case number (if known)   25-22182
         Name

Servicing
P.O. Box 10826
Greenville, SC 29603
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☒ No
Creditor's email address, if known          ☐ Yes

Date debt was incurred                      Is anyone else liable on this claim?
                                            ☐ No
Last 4 digits of account number             ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an               As of the petition filing date, the claim is:
interest in the same property?              Check all that apply
☒ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☒ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $23,162,680.00 |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603 | Line 2.6 | |
| Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603 | Line 2.7 | |

**Fill in this information to identify the case:**

Debtor name    Levy Ventures LLC

United States Bankruptcy Court for the:    SOUTHERN    DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)    25-22182

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
| Baltimore City Department of Finance | ☐ Contingent | | |
| Director of Finance | ☒ Unliquidated | | |
| 100 North Holliday Street | ☒ Disputed | | |
| Baltimore, MD 21202 | | | |
| Date or dates debt was incurred | Basis for the claim: For notice purposes | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
| Internal Revenue Service | ☐ Contingent | | |
| Centralized Insolvency Operations | ☒ Unliquidated | | |
| PO Box 7346 | ☒ Disputed | | |
| Philadelphia, PA 19101-7346 | | | |
| Date or dates debt was incurred | Basis for the claim: For notice purposes | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
| Marie C. Smith, Supervisor of Assessment | ☐ Contingent | | |
| William Donald Schafer Tower | ☒ Unliquidated | | |
| 6 Saint Paul Street, 11th Floor | ☒ Disputed | | |
| Baltimore, MD 21202 | | | |
| Date or dates debt was incurred | Basis for the claim: For notice purposes | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

| Debtor | Levy Ventures LLC | Case number (if known) | 25-22182 |
|---|---|---|---|
| | Name | | |

| **2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

NYS Dept of Taxation and Finance
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Baltimore Gas & Electric Company
110 W Fayette Street
Baltimore, MD 21201

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: For notice purposes
Is the claim subject to offset?  ☒ No   ☐ Yes

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

MarylandRentCourt.com

7939 Honeygo Blvd,
Ste 116,
Nottingham, MD 21236

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?  ☒ No   ☐ Yes

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,982.85 |
|---|---|---|---|

Paradise City Properties
PO Box 50214
Baltimore, MD 21211

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?  ☒ No   ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Baltimore City State?s Attorney<br>120 E. Baltimore Street<br>Baltimore, MD 21202 | Line 2.1<br>☐ Not listed. Explain ____ | _ |
| 4.2 | NYS Attorney General<br>28 Liberty St<br>New York, NY 10005-1400 | Line 2.4<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor    Levy Ventures LLC
_____
Name

Case number (if known)    25-22182
_____

|  | | Total of claim amounts | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 7,112.85 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,112.85 |

**Fill in this information to identify the case:**

Debtor name    Levy Ventures LLC

United States Bankruptcy Court for the:    SOUTHERN   DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)   25-22182

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | See Attached list of tenants | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Property Management Contract | |
|---|---|---|---|
| | State the term remaining | One year term with automatic renewal | |
| | List the contract number of any government contract | | Paradise City Properties PO Box 50214 Baltimore, MD 21211 |

| Street Address | City | State | Tenant Name | Rent Amount | Security Deposit | Occupancy | Lease Start Date | Lease End Date |
|---|---|---|---|---|---|---|---|---|
| 5145 Nelson Ave | Baltimore | Maryland | Aminna Turnipseed-EL | $1,500.00 | $1,500.00 | Tenant Occupied | 2/6/2024 | 2/5/2025 |
| 2721 Pelham Ave | Baltimore | Maryland | | | | Vacant | | |
| 2444 Brentwood Ave | Baltimore | Maryland | | | | Vacant | | |
| 1719 N Longwood St - 2 Uni | Baltimore | Maryland | | | | Vacant | | |
| 1017 N Carrollton Ave | Baltimore | Maryland | | | | Vacant | | |
| 1021 N Carrollton Ave | Baltimore | Maryland | | | | Vacant | | |
| 1258 Glyndon Ave | Baltimore | Maryland | | | | Vacant | | |
| 5234 Saint Charles Ave | Baltimore | Maryland | | | | Vacant | | |
| 5205 Saint Charles Ave | Baltimore | Maryland | | | | Vacant | | |
| 1111 N Lakewood Ave | Baltimore | Maryland | | | | Professional Squatter | | |
| 308 Gusryan Ave - 2 Units | Baltimore | Maryland | Marcelina Alonso Carrillo/Gregorio P. Calde | $2,855.00 | $2,475.00 | Tenant Occupied | 7/15/2024 | 07/14/2025 |
| 1230 N Caroline St | Baltimore | Maryland | | | | Vacant | | |
| 1813 E Federal St | Baltimore | Maryland | | | | Vacant | | |
| 416 N Milton Ave | Baltimore | Maryland | | | | Vacant | | |
| 1012 Bennett Pl | Baltimore | Maryland | | | | Vacant | | |
| 1630 Darley Ave | Baltimore | Maryland | | | | Vacant | | |
| 1403 Race St | Baltimore | Maryland | | | | Unknown | | |
| 5203 Saint Charles Ave | Baltimore | Maryland | | | | Vacant | | |
| 5623 Arnhem Rd - 2 units | Baltimore | Maryland | | | | Vacant | | |
| 4150 Eierman Ave | Baltimore | Maryland | | | | Vacant | | |
| 512 Sheridan Ave | Baltimore | Maryland | | | | Squatter | | |
| 3908 W Garrison Ave | Baltimore | Maryland | | | | Vacant | | |
| 910 E 30th St | Baltimore | Maryland | | | | Vacant | | |
| 346 S Macon St | Baltimore | Maryland | | $1,800.00 | | Unknown | | |
| 1917 Lyndonlea Way | Baltimore | Maryland | | | | Vacant | | |
| 4013 Boarman Ave | Baltimore | Maryland | | | | Vacant | | |
| 3315 Elmley Ave | Baltimore | Maryland | Erica Pack-Carter | $1,500.00 | $2,000.00 | Tenant Occupied | 4/1/2023 | 3/31/2024 |
| 3017 Kentucky Ave | Baltimore | Maryland | Ebony Williams | $1,300.00 | $2,000.00 | Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 3012 Kentucky Ave | Baltimore | Maryland | | | | Vacant | | |
| 2703 The Alameda | Baltimore | Maryland | | $1,700.00 | | Unknown | | |
| 2624 E Hoffman St | Baltimore | Maryland | Thomas Armstrong Jr | $1,150.00 | $0.00 | Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 4942 Edgemere Ave | Baltimore | Maryland | Robin Harvey | $1,450.00 | $3,141.62 | Tenant Occupied | 7/1/2023 | 6/30/2024 |
| 2222 Walbrook Ave | Baltimore | Maryland | | | | Vacant | | |
| 2618 E Oliver St | Baltimore | Maryland | | | | Vacant | | |
| 2918 Independence St | Baltimore | Maryland | Tenika Edwards | $1,438.00 | $0.00 | Tenant Occupied | 2/3/2023 | 2/28/2025 |
| 2736 Mura St | Baltimore | Maryland | | | | Vacant | | |
| 1372 Sherwood Ave | Baltimore | Maryland | Raiven Davis | $2,778.00 | $2,278.00 | Tenant Occupied | 4/26/2024 | 4/25/2025 |
| 1815 N Woodbourne Ave | Baltimore | Maryland | Lartasha Griffin | $1,000.00 | $0.00 | Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 1513 N Luzerne Ave | Baltimore | Maryland | Maurice Camp | $1,250.00 | $0.00 | Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 916 N Franklintown Rd | Baltimore | Maryland | | | | Vacant | | |

| Address | City/State | Tenant | Rent | Status | Lease Start | Lease End |
|---|---|---|---|---|---|---|
| 1515 N Decker Ave | Baltimore Maryland | Barbara Pannell | $850.00 | $0.00 Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 1502 N Luzerne Ave | Baltimore Maryland | | | Vacant | | |
| 1429 N Luzerne Ave | Baltimore Maryland | Latonya Blackwell | $1,100.00 | $0.00 Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 2309 Homewood Ave | Baltimore Maryland | | | Vacant | | |
| 1422 N Luzerne Ave | Baltimore Maryland | Jaquetta Barnett | $950.00 | $0.00 Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 1814 E Belvedere Ave | Baltimore Maryland | John Newton | $1,100.00 | $0.00 Tenant Occupied | 5/1/2023 | 4/30/2024 |
| 121 N Hilton St | Baltimore Maryland | | | Vacant | | |
| 2728 Lauretta Ave | Baltimore Maryland | Lawonne Moody | $1,447.00 | Tenant Occupied | 3/24/2023 | 4/30/2025 |
| 1227 E Lanvale St | Baltimore Maryland | | | Vacant | | |
| 40 E Heath St | Baltimore Maryland | | | Vacant | | |
| 1942 Mosher St | Baltimore Maryland | | | Vacant | | |
| 1203 Cedarcroft Rd | Baltimore Maryland | Deontrez Thornton | $2,200.00 | $4,400.00 Tenant Occupied | 7/1/2023 | 6/30/2024 |
| 1829 N Bond St | Baltimore Maryland | | | Vacant | | |
| 1108 N Dukeland St | Baltimore Maryland | April Dodd | $1,200.00 | $2,400.00 Tenant Occupied | 6/23/2023 | 6/30/2024 |
| 2321 N Rosedale St | Baltimore Maryland | | | Vacant | | |
| 701 N Luzerne Ave | Baltimore Maryland | Florance Domingos | $1,650.00 | $0.00 Tenant Occupied | 8/1/2023 | 7/31/2024 |
| 4524 Pimlico Rd | Baltimore Maryland | | | Vacant | | |
| 2840 Woodbrook Ave | Baltimore Maryland | | | Vacant | | |
| 2828 E Chase St | Baltimore Maryland | | | Vacant | | |
| 727 N Linwood Ave | Baltimore Maryland | | | Vacant | | |
| 1607 Race St | Baltimore Maryland | Kaitlin Hawkins | $1,850.00 | $1,850.00 Tenant Occupied | Month to month | |
| 2528 Druid Park Dr | Baltimore Maryland | | | Vacant | | |
| 2529 Woodbrook Ave | Baltimore Maryland | | | Vacant | | |
| 2625 Garrett Ave | Baltimore Maryland | Caroline Thomas | $1,475.00 | Tenant Occupied | | |
| 1411 Ramsay St | Baltimore Maryland | | | Vacant | | |
| 1731 McHenry St | Baltimore Maryland | Jonathan R. Wright | $968.00 | $0.00 Tenant Occupied | 6/15/2020 | 6/30/2022 |
| 2801 Presbury St | Baltimore Maryland | | | Vacant | | |
| 2110 W Saratoga St | Baltimore Maryland | | | Vacant | | |
| 1531 N Woodyear St | Baltimore Maryland | | | Vacant | | |
| 2408 E Federal St | Baltimore Maryland | | | Vacant | | |
| 4718 Wilern Ave | Baltimore Maryland | David Young | $1,195.00 | $0.00 Tenant Occupied | 11/1/2023 | 10/31/2024 |
| 2811 Ulman Ave | Baltimore Maryland | Latraya Jones | $1,395.00 | $2,790.00 Tenant Occupied | 3/8/2022 | 3/7/2025 |
| 1801 W Lafayette Ave | Baltimore Maryland | | | Vacant | | |
| 1932 Harlem Ave | Baltimore Maryland | Cassandra M. Sweet | $1,350.00 | $2,025.00 Tenant Occupied | 10/1/2024 | 9/30/2024 |
| 1114 Myrtle Ave | Baltimore Maryland | Denise Grayson | $1,395.00 | $1,395.00 Tenant Occupied | 7/1/2024 | 6/30/2025 |
| 1822 Wilkens Ave | Baltimore Maryland | | | Vacant | | |
| 849 Harlem Ave | Baltimore Maryland | | | Vacant | | |
| 1123 McKean Ave | Baltimore Maryland | Jessica Brown | $913.50 | $0.00 Tenant Occupied | 2/1/2021 | 8/31/2025 |
| 1934 Harlem Ave | Baltimore Maryland | Ikela M. Cook | $1,495.00 | $2,990.00 Tenant Occupied | 7/1/2024 | 6/30/2025 |
| 1652 Darley Ave | Baltimore Maryland | Deanna J. Bennette | $1,280.00 | $1,250.00 Tenant Occupied | 11/15/2024 | 11/1/2025 |
| 3217 Brighton St | Baltimore Maryland | | | Vacant | | |

| Address | City | State | Tenant | Rent | Status | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| 1625 N Rosedale St | Baltimore | Maryland | | | Vacant | | |
| 2952 Presstman St | Baltimore | Maryland | | | Vacant | | |
| 1008 W Lanvale St | Baltimore | Maryland | | | Vacant | | |
| 3614 Kenyon Ave | Baltimore | Maryland | | | Vacant | | |
| 251 S Hilton St | Baltimore | Maryland | Sheila M. Bullock | $1,225.00 | $1,837.50 Tenant Occupied | 10/1/2024 | 10/1/2025 |
| 3533 Lucille Ave | Baltimore | Maryland | | | Vacant | | |
| 1206 N Curley St | Baltimore | Maryland | Teneka Gordon | $1,370.00 | $1,370.00 Tenant Occupied | 4/22/2024 | 4/21/2025 |
| 1809 Rayner Ave | Baltimore | Maryland | India Jenkins | $1,000.00 | $0.00 Tenant Occupied | 1/1/2024 | 12/31/2024 |
| 3214 Kenyon Ave | Baltimore | Maryland | Chris Young | $925.00 | $0.00 Tenant Occupied | 2/15/2018 | 4/15/2021 |
| 3617 Kenyon Ave | Baltimore | Maryland | Kathy Johnson | $1,060.00 | $0.00 Tenant Occupied | 5/14/2017 | 5/14/2026 |
| 3323 Kenyon Ave | Baltimore | Maryland | | | Vacant | | |
| 2703 Ellicott Dr | Baltimore | Maryland | | | Vacant | | |
| 33 N Kresson St | Baltimore | Maryland | Jenny Argueta | $1,100.00 | $0.00 Tenant Occupied | 8/31/2023 | 9/1/2024 |
| 408 N Clinton St | Baltimore | Maryland | | | Vacant | | |
| 1222 N Ellwood Ave | Baltimore | Maryland | | | Vacant | | |
| 820 McKean Ave | Baltimore | Maryland | Melody N. Johnson | $1,295.00 | $2,025.00 Tenant Occupied | 9/1/2024 | 8/31/2025 |
| 736 N Linwood Ave | Baltimore | Maryland | Van Cherry | $1,388.00 | $0.00 Tenant Occupied | 4/1/2015 | Month to month |
| 3514 Dudley Ave | Baltimore | Maryland | Cynthia McNeil | $1,250.00 | $0.00 Tenant Occupied | 1/1/2022 | 12/31/2023 |
| 4235 Seidel Ave | Baltimore | Maryland | | | Vacant | | |
| 3834 Elmora Ave | Baltimore | Maryland | | | Professional Squatter | | |
| 505 N Collington Ave | Baltimore | Maryland | | $1,300.00 | Unknown | | |
| 1518 Elrino St | Baltimore | Maryland | | | Vacant | | |
| 3025 W Lanvale St | Baltimore | Maryland | | | Vacant | | |
| 3122 Brendan Ave | Baltimore | Maryland | Adrian Robinson | $1,250.00 | $0.00 Tenant Occupied | 10/1/2022 | 9/30/2023 |
| 4926 Schaub Ave | Baltimore | Maryland | Michael Garner | $1,200.00 | $0.00 Tenant Occupied | 10/1/2016 | 9/30/2017 |
| 3113 Chesterfield Ave | Baltimore | Maryland | Wayne Eggleston | $950.00 | $0.00 Tenant Occupied | 7/1/2018 | 7/31/2020 |
| 3131 Chesterfield Ave | Baltimore | Maryland | | | Vacant | | |
| 3032 Fleetwood Ave | Baltimore | Maryland | Cheryl Gorham | $1,202.00 | $0.00 Tenant Occupied | 2/18/2016 | 2/28/2018 |
| 2007 W Saratoga St | Baltimore | Maryland | | | Vacant | | |
| 1911 Cecil Ave | Baltimore | Maryland | | | Vacant | | |
| 1417 W Ostend St | Baltimore | Maryland | | | Vacant | | |
| 4114 Park Heights Ave | Baltimore | Maryland | | | Vacant | | |
| 3817 Reisterstown Rd | Baltimore | Maryland | | | Vacant | | |
| 2425 Brentwood Ave | Baltimore | Maryland | | | Vacant | | |
| 1942 Penrose Ave | Baltimore | Maryland | | | Squatter | | |
| 1083 Ellicott Driveway | Baltimore | Maryland | | | Vacant | | |
| 2512 Wilkens Ave | Baltimore | Maryland | | | Vacant | | |
| 2523 W Fayette St | Baltimore | Maryland | | | Vacant | | |
| 2611 W Fayette St | Baltimore | Maryland | | | Vacant | | |
| 2864 Mayfield Ave | Baltimore | Maryland | | | Vacant | | |
| 1147 N Fulton Ave | Baltimore | Maryland | | | Vacant | | |

| Property | Location | Tenant | Amount | Amount / Status | Status | Lease Start | Lease End |
|---|---|---|---|---|---|---|---|
| 5122 Chalgrove Ave | Baltimore Maryland | | $1,350.00 | $1,350.00 | Tenant Occupied | Month to month | Month to month |
| 2539 W Fayette St | Baltimore Maryland | Rhonda Jenkins | $1,000.00 | $0.00 | Tenant Occupied | 3/1/2024 | 3/31/2025 |
| 703 Springfield Ave | Baltimore Maryland | Raynette Wilkinson | $1,090.00 | $2,130.00 | Tenant Occupied | 8/1/2022 | 7/31/2024 |
| 1510 Popland St | Baltimore Maryland | Karl Buettner | $992.00 | $995.00 | Tenant Occupied | 6/12/2020 | |
| 1520 Popland St | Baltimore Maryland | Rebecca Bell | | | Vacant | | |
| 1507 Hazel St | Baltimore Maryland | | | | Vacant | | |
| 1687 Darley Ave - 2 Units | Baltimore Maryland | Asya Maxwell | $895.00 | $1,790.00 | Tenant Occupied | 7/31/2023 | 07/18/2024 |
| 2907 Orleans St | Baltimore Maryland | Hawanda Younger | $1,150.00 | $1,725.00 | Tenant Occupied | 12/1/2023 | 11/30/2024 |
| 1530 Popland St | Baltimore Maryland | Jerry Johnson | $1,225.00 | $1,400.00 | Tenant Occupied | 4/1/2024 | 3/31/2025 |
| 426 N Rose St | Baltimore Maryland | Anthony Johnson Jr | $1,090.00 | $1,090.00 | Tenant Occupied | 4/1/2022 | 3/31/2025 |
| 2226 Orleans St | Baltimore Maryland | Charles Watkins | $875.00 | $716.00 | Tenant Occupied | 10/1/2020 | 3/31/2025 |
| 2909 Orleans St | Baltimore Maryland | Kenneth Kates | $1,364.00 | $1,950.00 | Tenant Occupied | 12/1/2023 | 2/12/2026 |
| 3636 Esther Place | Baltimore Maryland | Maria Meza | $1,200.00 | $1,200.00 | Tenant Occupied | 11/22/2020 | 2/28/2025 |
| 2900 Orleans St | Baltimore Maryland | Viola Graham | $1,165.00 | $2,300.00 | Tenant Occupied | 3/1/2023 | |
| 1608 Olive St | Baltimore Maryland | William and Louise Fortune | $550.00 | $0.00 | Tenant Occupied | 6/1/2023 Month to month | Month to month |
| 2803 Jefferson St | Baltimore Maryland | Charles Rose | $1,100.00 | $1,100.00 | Tenant Occupied | 8/1/2020 | |
| 3406 Noble St | Baltimore Maryland | Juaquin Lunn | $1,250.00 | $1,875.00 | Tenant Occupied | 3/1/2022 | 2/28/2023 |
| 416 N Glover St | Baltimore Maryland | Tammy Perez | $1,150.00 | $1,725.00 | Tenant Occupied | 4/1/2024 | 3/31/2025 |
| 1515 Popland St | Baltimore Maryland | Denese Johnson | $890.00 | $965.00 | Tenant Occupied | 4/15/2020 | 5/31/2021 |
| 1528 Popland st | Baltimore Maryland | Latisa Murphy | $940.00 | $925.00 | Tenant Occupied | 6/27/2019 | 6/30/2020 |
| **Total** | | | **$79,325.50** | **$60,963.12** | | | |

**Fill in this information to identify the case:**

Debtor name __Levy Ventures LLC__

United States Bankruptcy Court for the: SOUTHERN   DISTRICT OF NEW YORK, WHITE PLAINS
DIVISION

Case number (if known) __25-22182__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**  Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Aldridge Pite LLP | ☒ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Athene Annuity & Life Company | ☒ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Blackstone Resolution Life | ☒ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | BPL Mortgage Trust | ☒ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Colt 2023-3 | ☒ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.6 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Determination Mortgage Trust | ☒ D __2.6__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Levy Ventures LLC | | Case number *(if known)* | 25-22182 |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                                                   Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.7 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Fidelity & Guaranty<br>Life Mortgage Trust | ☒ D   2.7<br>☐ E/F<br>☐ G |
| 2.8 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Grove Funding III<br>Trjste 2024-1 | ☒ D   2.8<br>☐ E/F<br>☐ G |
| 2.9 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | JOMorgan Mortgage<br>Acquisition Corp. | ☒ D   2.10<br>☐ E/F<br>☐ G |
| 2.10 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Metropolitan Tower<br>Life Ins. | ☒ D   2.11<br>☐ E/F<br>☐ G |
| 2.11 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Pacific Asset Holding<br>LLC | ☒ D   2.14<br>☐ E/F<br>☐ G |
| 2.12 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Verus Securitization<br>Trust | ☒ D   2.16<br>☐ E/F<br>☐ G |
| 2.13 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | IBIS Holdings A Trust | ☒ D   2.9<br>☐ E/F<br>☐ G |
| 2.14 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Stone Roots M Truste | ☒ D   2.15<br>☐ E/F<br>☐ G |
| 2.15 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | Oakmont Mortgage<br>Trust | ☒ D   2.12<br>☐ E/F<br>☐ G |
| 2.16 | Eluzer Gold | 6 Marman Place<br>Spring Valley, NY 10977 | OBX 2024-NQM6<br>Trust | ☒ D   2.13<br>☐ E/F<br>☐ G |