Exhibit "C"
Chart Sorted by Lender

| Property | Status of Property | Proposal | Creditor | Servicer | Relief Requested | Motion No. | Attorney |
|---|---|---|---|---|---|---|---|
| 3406 Noble St | To Be Determined | To Be Determined | Alic Archwest | Shellpoint | Cash Collateral | 8 | Arnold |
| 416 N Glover St | Currently Income Producing | Keep & Begin Payments | JP Morgan Chase Bank | Shellpoint | Cash Collateral | 8 | Arnold |
| 3636 Esther Place | To Be Determined | To Be Determined | JP Morgan Chase Bank | Shellpoint | Cash Collateral | 8 | Arnold |
| 1814 E Belvedere Ave | Currently Income Producing | Keep & Begin Payments | JP Morgan Mortgage trust | Shellpoint | Cash Collateral | 8 | Arnold |
| 1227 E Lanvale St | Not Income Producing | Surrender | JP Morgan Mortgage Trust | Shellpoint | Cash Collateral | 8 | Arnold |
| 1422 N Luzerne Ave | Not Income Producing | Surrender | JP Morgan Mortgage Trust | Shellpoint | Cash Collateral | 8 | Arnold |
| 2309 Homewood Ave | Not Income Producing | Surrender | Metropolitan | Shellpoint | Cash Collateral and vacate stay | 8 & 70 | Arnold |
| 2728 Lauretta Ave | Currently Income Producing | Keep & Begin Payments | Pacific Asset | Shellpoint | Cash Collateral and vacate stay | 8 & 88 | Arnold |
| 1403 Race St | Currently Income Producing | Keep & Begin Payments | US Bank/Colt 2023 | Fay | Cash Collateral | 30 | Arnold |
| 1012 Bennett Pl | Potentially Income Producing | DIP Financing & Keep | US Bank/Colt 2023 | Fay | Cash Collateral | 30 | Arnold |
| 1917 Lydonlea Way | Potentially Income Producing | DIP Financing & Keep | US Bank/Colt 2023 | Fay | Cash Collateral | 30 | Arnold |
| 308 Gusryan St - Unit 1 | Potentially Income Producing | DIP Financing & Keep | US Bank/Colt 2023 | Fay | Cash Collateral | 30 | Arnold |
| 308 Gusryan St - unit 2 | Potentially Income Producing | DIP Financing & Keep | US Bank/Colt 2023 | Fay | Cash Collateral | 30 | Arnold |
| 346 S Macon St | Potentially Income Producing | DIP Financing & Keep | US Bank/Colt 2023 | Fay | Cash Collateral | 30 | Arnold |
| 910 E 30th St | Potentially Income Producing | DIP Financing & Keep | US Bank/Colt 2023 | Fay | Cash Collateral | 30 | Arnold |
| 1111 N Lakewood Ave | Not Income Producing | Surrender | US Bank/Colt 2023 | Fay | Cash Collateral | 30 | Arnold |
| 1230 N Caroline St | Not Income Producing | Surrender | US Bank/Colt 2023 | Fay | Cash Collateral | 30 | Arnold |
| 1258 Glyndon Ave | Not Income Producing | Surrender | US Bank/Colt 2023 | Fay | Cash Collateral and vacate stay | 30 & 65 | Arnold |
| 1372 Sherwood Ave | Not Income Producing | Surrender | US Bank/Colt 2023 | Fay | Cash Collateral | 30 | Arnold |
| 1813 E Federal St | Not Income Producing | Surrender | US Bank/Colt 2023 | Fay | Cash Collateral | 30 | Arnold |
| 2444 Brentwood Ave | Not Income Producing | Surrender | US Bank/Colt 2023 | Fay | Cash Collateral | 30 | Arnold |
| 2703 The Alameda | Not Income Producing | Surrender | US Bank/Colt 2023 | Fay | Cash Collateral and vacate stay | 30 & 63 | Arnold |
| 2721 Pelham Ave | Not Income Producing | Surrender | US Bank/Colt 2023 | Fay | Cash Collateral and vacate stay | 30 & 64 | Arnold |
| 1731 McHenry St | Currently Income Producing | Keep & Begin Payments | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 1815 N Woodbourne Ave | Currently Income Producing | Keep & Begin Payments | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral and vacate stay | 8 & 89 | Arnold |
| 1932 Harlem Ave | Currently Income Producing | Keep & Begin Payments | US Bank/Determination Mortgage Trust | Selena | Cash Collateral | 51 | DeLuca |
| 1934 Harlem Ave | Currently Income Producing | Keep & Begin Payments | US Bank/Determination Mortgage Trust | Selena | Cash Collateral | 51 | DeLuca |
| 2625 Garrett Ave | Currently Income Producing | Keep & Begin Payments | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 3017 Kentucky Ave | Currently Income Producing | Keep & Begin Payments | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral and vacate stay | 8 & 87 | Arnold |
| 505 N Collington Ave | Currently Income Producing | Keep & Begin Payments | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 736 N Linwood Ave | Currently Income Producing | Keep & Begin Payments | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 1222 N Ellwood Ave | Potentially Income Producing | DIP Financing & Keep | US Bank/Determination Mortgage Trust | Selena | Cash Collateral | 51 | DeLuca |
| 1518 Elrino St | Potentially Income Producing | DIP Financing & Keep | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 2408 E Federal St | Potentially Income Producing | DIP Financing & Keep | US Bank/Determination Mortgage Trust | Selena | Cash Collateral | 51 | DeLuca |
| 2618 E Oliver St | Potentially Income Producing | DIP Financing & Keep | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral | 8 | Arnold |
| 2811 Ulman Ave | Potentially Income Producing | DIP Financing & Keep | US Bank/Determination Mortgage Trust | Selena | Cash Collateral | 51 | DeLuca |
| 3131 Chesterfield Ave | Potentially Income Producing | DIP Financing & Keep | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 3315 Elmley Ave | Potentially Income Producing | DIP Financing & Keep | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral and vacate stay | 8 & 79 | Arnold |
| 3323 Kenyon Ave | Potentially Income Producing | DIP Financing & Keep | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 4235 Seidel Ave | Potentially Income Producing | DIP Financing & Keep | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 916 N Franklintown Rd | Potentially Income Producing | DIP Financing & Keep | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral and vacate stay | 8 & 83 | Arnold |
| 1021 N Carrollton Ave | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral | 8 | Arnold |
| 1114 Myrtle Ave | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Selena | Cash Collateral | 51 | DeLuca |

Exhibit "C"
Characterized by Lender

| Property | Status of Property | Proposal | Creditor | Servicer | Relief Requested | Motion No. | Attorney |
|---|---|---|---|---|---|---|---|
| 1429 N Luzerne Ave | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral | 8 | Arnold |
| 1502 N Luzerne Ave | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral | 8 | Arnold |
| 1513 N Luzerne Ave | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral and vacate stay | 8 & 84 | Arnold |
| 1531 N Woodyear St | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Selena | Cash Collateral | 51 | DeLuca |
| 1801 W Lafayette Ave - unit 1 | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Selena | Cash Collateral | 51 | DeLuca |
| 1801 W Lafayette Ave - unit 2 | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Selena | Cash Collateral | 51 | DeLuca |
| 1822 Wilkens Ave | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 1942 Mosher St | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 2110 W Saratoga St | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 2801 Presbury St | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 2952 Presstman St | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 3012 Kentucky Ave | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral | 8 | Arnold |
| 3217 Brighton St | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | | Cash Collateral | 66 | Yazzetti |
| 4013 Boarman Ave | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral | 8 | Arnold |
| 512 Sheridan Ave | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral and vacate stay | 8 & 81 | Arnold |
| 5203 Saint Charles Ave | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral | 8 | Arnold |
| 5234 St Charles Ave | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Shellpoint | Cash Collateral and vacate stay | 8 & 82 | Arnold |
| 849 Harlem Ave | Not Income Producing | Surrender | US Bank/Determination Mortgage Trust | Selena | Cash Collateral | 51 | DeLuca |
| 1687 Darley Ave - Unit 1 | Currently Income Producing | Keep & Begin Payments | US Bank/Fidelity & Guaranty | | Cash Collateral | 69 | Yazzetti |
| 1687 Darley Ave - Unit 2 | Currently Income Producing | Keep & Begin Payments | US Bank/Fidelity & Guaranty | | Cash Collateral | 69 | Yazzetti |
| 408 N Clinton St | Not Income Producing | Surrender | US Bank/Grove Funding | Shellpoint | Cash Collateral | 8 | Arnold |
| 3032 Fleetwood Ave | Currently Income Producing | Keep & Begin Payments | US Bank/Stone Roots | | Cash Collateral | 68 | Yazzetti |
| 3113 Chesterfield Ave | Currently Income Producing | Keep & Begin Payments | US Bank/Stone Roots | | Cash Collateral | 68 | Yazzetti |
| 3122 Brendan Ave | Currently Income Producing | Keep & Begin Payments | US Bank/Stone Roots | | Cash Collateral | 68 | Yazzetti |
| 4926 Schaub Ave | Currently Income Producing | Keep & Begin Payments | US Bank/Stone Roots | | Cash Collateral | 68 | Yazzetti |
| 2007 W Saratoga St | Potentially Income Producing | DIP Financing & Keep | US Bank/Stone Roots | | Cash Collateral | 68 | Yazzetti |
| 2918 Independence St | Potentially Income Producing | DIP Financing & Keep | US Bank/Stone Roots | Shellpoint | Cash Collateral and vacate stay | 8 & 85 | Arnold |
| 5145 Nelson Ave | Potentially Income Producing | DIP Financing & Keep | US Bank/Stone Roots | Shellpoint | Cash Collateral and vacate stay | 8 & 91 | Arnold |
| 2736 Mura St | Not Income Producing | Surrender | US Bank/Stone Roots | Shellpoint | Cash Collateral and vacate stay | 8 & 90 | Arnold |
| 3908 W Garrison Ave | Not Income Producing | Surrender | US Bank/Stone Roots | Shellpoint | Cash Collateral and vacate stay | 8 & 50 | Arnold |
| 5205 Saint Charles Ave | Not Income Producing | Surrender | US Bank/Stone Roots | Shellpoint | Cash Collateral and vacate stay | 8 & 80 | Arnold |
| 2222 Walbrook Ave | Not Income Producing | Surrender | US Bank/Treaty Oak Mortgage Trust | Shellpoint | Cash Collateral | 8 | Arnold |
| 1607 Race St | Currently Income Producing | Keep & Begin Payments | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 67 | Yazzetti |
| 1652 Darley Ave | Currently Income Producing | Keep & Begin Payments | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 67 | Yazzetti |
| 3617 Kenyon Ave | Currently Income Producing | Keep & Begin Payments | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 67 | Yazzetti |
| 1108 N Dukeland St | Potentially Income Producing | DIP Financing & Keep | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 67 | Yazzetti |
| 3514 Dudley Ave | Potentially Income Producing | DIP Financing & Keep | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 67 | Yazzetti |
| 3614 Kenyon Ave | Potentially Income Producing | DIP Financing & Keep | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 67 | Yazzetti |
| 3834 Elmora Ave | Potentially Income Producing | DIP Financing & Keep | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 67 | Yazzetti |
| 4718 Wilern Ave | Potentially Income Producing | DIP Financing & Keep | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 52 | DeLuca |
| 1083 Ellicott Dr | Not Income Producing | Surrender | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 67 | Yazzetti |
| 1123 Mckean Ave | Not Income Producing | Surrender | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 67 | Yazzetti |
| 1203 Cedarcroft Rd | Not Income Producing | Surrender | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 52 | DeLuca |

Exhibit "C"
Chart Sorted by Lender

| Property | Status of Property | Proposal | Creditor | Servicer | Relief Requested | Motion No. | Attorney |
|---|---|---|---|---|---|---|---|
| 1411 Ramsay St | Not Income Producing | Surrender | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 67 | Yazzetti |
| 1625 N Rosedale St | Not Income Producing | Surrender | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 67 | Yazzetti |
| 1829 N Bond St | Not Income Producing | Surrender | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 52 | DeLuca |
| 2529 Woodbrook Ave | Not Income Producing | Surrender | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 67 | Yazzetti |
| 2840 Woodbrook Ave | Not Income Producing | Surrender | Wilmington/Ibis Holdings A Trust | | Cash Collateral | 67 | Yazzetti |
| 2226 Orleans St | To Be Determined | To Be Determined | Wilmington/Ibis Holdings A Trust | Shellpoint | Cash Collateral | 8 | Arnold |
| 2803 Jefferson St | To Be Determined | To Be Determined | Wilmington/Ibis Holdings A Trust | Shellpoint | Cash Collateral | 8 | Arnold |
| 2321 N Rosedale St | Currently Income Producing | Keep & Begin Payments | Wilmington/Verus | Shellpoint | Cash Collateral and vacate stay | 8 & 59 | Arnold |
| 701 N Luzerne Ave | Currently Income Producing | Keep & Begin Payments | Wilmington/Verus | Shellpoint | Cash Collateral | 8 | Arnold |
| 1507 Hazel St | Currently Income Producing | Keep & Begin Payments | | | | | |
| 1510 Popland st | Currently Income Producing | Keep & Begin Payments | | | | | |
| 1515 N Decker Ave | Currently Income Producing | Keep & Begin Payments | | | | | |
| 1520 Popland st | Currently Income Producing | Keep & Begin Payments | | | | | |
| 251 S Hilton St | Currently Income Producing | Keep & Begin Payments | | | | | |
| 2539 W Fayette St | Currently Income Producing | Keep & Begin Payments | | | | | |
| 3214 Kenyon Ave | Currently Income Producing | Keep & Begin Payments | | | | | |
| 33 N Kresson St | Currently Income Producing | Keep & Begin Payments | | | | | |
| 4942 Edgemere Ave | Currently Income Producing | Keep & Begin Payments | | | | | |
| 820 McKean Ave | Currently Income Producing | Keep & Begin Payments | | | | | |
| 1008 W Lanvale St | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 1147 N Fulton Ave | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 1206 N Curley St | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 1911 Cecil Ave | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 2523 W Fayette St | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 2828 E Chase St | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 2864 Mayfield Ave | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 3025 W Lanvale St | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 4150 Eierman Ave | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 4524 Pimlico Rd | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 5122 Chalgrove Ave | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 5623 Arnhem Rd - Unit 1 | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 5623 Arnhem Rd - Unit 2 | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 727 N Linwood Ave | Potentially Income Producing | DIP Financing & Keep | | | | | |
| 1017 N Carrollton Ave | Not Income Producing | Surrender | | | | | |
| 121 N Hilton St | Not Income Producing | Surrender | | | | | |
| 1417 W Ostend St | Not Income Producing | Surrender | | | | | |
| 1630 Darley Ave | Not Income Producing | Surrender | | | | | |
| 1719 N Longwood St - Unit 1 | Not Income Producing | Surrender | | | | | |
| 1719 N Longwood St - Unit 2 | Not Income Producing | Surrender | | | | | |
| 1809 Rayner Ave | Not Income Producing | Surrender | | | | | |
| 1942 Penrose Ave | Not Income Producing | Surrender | | | | | |
| 2425 Brentwood Ave | Not Income Producing | Surrender | | | | | |
| 2512 Wilkens Ave | Not Income Producing | Surrender | | | | | |

Exhibit "C"
Chart Sorted by Lender

| Property | Status of Property | Proposal | Creditor | Servicer | Relief Requested | Motion No. | Attorney |
|---|---|---|---|---|---|---|---|
| 2528 Druid Park Dr | Not Income Producing | Surrender | | | | | |
| 2611 W Fayette St | Not Income Producing | Surrender | | | | | |
| 2624 E Hoffman St | Not Income Producing | Surrender | | | | | |
| 2703 Ellicott Dr | Not Income Producing | Surrender | | | | | |
| 3533 Lucille Ave | Not Income Producing | Surrender | | | | | |
| 3817 Reisterstown Rd | Not Income Producing | Surrender | | | | | |
| 40 E Heath St | Not Income Producing | Surrender | | | | | |
| 4114 Park Heights Ave | Not Income Producing | Surrender | | | | | |
| 416 N Milton Ave | Not Income Producing | Surrender | | | | | |
| 703 Springfield Ave | Not Income Producing | Surrender | | | | | |

25-22182-shl    Doc 93-3    Filed 06/04/25    Entered 06/04/25 10:33:05    Exhibit C
Pg 4 of 4