UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

Levy Ventures LLC,                                              Case No 25-22182

    Debtor.                                                     Chapter 11
-------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of OBX 2024-NQM6 Trust (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Aashmita Shravah, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

Dated: July 14, 2025
Westbury, NY

                                      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                      Attorney for Secured Creditor
                                      900 Merchants Concourse, Suite 310
                                      Westbury, NY 11590
                                      Phone: (516) 280-7675
                                      Fax:   (516) 280-7674

                                        By: /s/ Aashmita Shravah
                                        Aashmita Shravah, Esquire

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In Re:

Levy Ventures LLC,

    Debtor.

Case No 25-22182

Chapter 11

----------------------------------------------------------------x

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on July 14, 2025, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ATTORNEY FOR DEBTOR
J. TED DONOVAN, ESQ.
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLC
125 PARK AVENUE,STE 12TH FLOOR
NEW YORK, NY  10017

DEBTOR
LEVY VENTURES LLC
368 NEW HEMPSTEAD ROAD, NO. 244
NEW CITY, NY  10956

UNITED STATES TRUSTEE
OFFICE OF THE US TRUSTEE
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY  10004-1408

25-320581 - AaS

Dated: July 14, 2025
Westbury, NY

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Attorney for Secured Creditor
                                        900 Merchants Concourse, Suite 310
                                        Westbury, NY 11590
                                        Phone: (516) 280-7675
                                        Fax:   (516) 280-7674

                                        By: /s/ Aashmita Shravah
                                        Aashmita Shravah, Esquire