UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:  Chapter 11

Levy Ventures LLC,  Case No. 25-22182-SHL

                                    Debtor.
-------------------------------------------------------------x

**ORDER GRANTING
DEBTOR'S MOTION FOR ENTRY OF AN ORDER REJECTING
PROPERTY MANAGEMENT AGREEMENT WITH PARADISE CITY
PROPERTIES; DIRECTING THE TURNOVER OF BOOKS, RECORDS
AND ACCOUNTS OF THE DEBTOR AND FIXING A BAR DATE
FOR THE FILING OF ANY REJECTION CLAIMS**

Upon the motion [ECF No. 133] (the "Motion") of the debtor herein, Levy Ventures LLC (the "Debtor"), pursuant to 11 U.S.C. Section 365, Bankruptcy Rules 2002, 3002, 3003, 6006 and 9014 and Rule 6006-1 of the Local Bankruptcy Rules of this Court, seeking to terminate its executory contract with Paradise City Properties ("Paradise") to provide property management services to the Debtor, directing the turnover of the Debtor's books, records and funds maintained by Paradise, and fixing a bar date by which Paradise is required to file any claim for rejection damages; and upon the Order of this Court dated July 16, 2025 scheduling a hearing to consider the Motion on shortened notice [ECF No. 135]; and good and proper service having been given as evidenced by the Declaration of Service filed herein [ECF No. 137]; and a hearing having been held on July 21, 2025; and no objection having been heard; it is

ORDERED, that the Property Management Agreement dated May 22, 2024 between the Debtor and Paradise (the "Contract") is hereby deemed rejected as of July 21, 2025; and it is further

ORDERED, Paradise shall immediately turnover all of the Debtor's books and records maintained by Paradise relating to the management, leasing, collection of rents, and day-to-day

operation of the Properties, including leases, rent ledgers, vendor invoices, tax returns and the like; and it is further

ORDERED, that Paradise shall immediately surrender all accounts and funds being maintained by Paradise on behalf of the Debtor, including operating accounts, security deposits, escrows and the like; and it is further

ORDERED, that Paradise shall file with the Clerk of the Court proof of any claim owed to it by the Debtor, including for any alleged damages arising out of the rejection of its Contract on or before August 31, 2025; and it is further

ORDERED, that a copy of this Order shall be served upon Paradise by email and overnight mail within one (1) business day after entry of the Order.

Dated: White Plains, New York
       July 21, 2025

                                            */s/ Sean H. Lane*
                                            United States Bankruptcy Judge