UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                              Chapter 11

Levy Ventures LLC,                                                          Case No. 25-22182-SHL

                               Debtor.
------------------------------------------------------------x

## AGENDA FOR JULY 30, 2025 HEARINGS

Levy Venture LLC (the "<u>Debtor</u>") proposes the following agenda for the hearings scheduled for July 30, 2025:

A. Motions to Prohibit the Use of Cash Collateral

1. ECF No. 26    Motion of New Rez d/b/a Shellpoint

    The Debtor proposes to resolve this motion by entry of a consent order substantially in the form proposed by Movant's counsel in status letter (ECF No. 147), except that adequate protection payments will be due on the 15th day of each month in amounts to be fixed through the cash collateral budget to be submitted to Movant's counsel within two weeks of the entry of the consent order.

2. ECF No. 30    Motion of Fay Services LLC

    The Debtor proposes to resolve this motion by entry of a consent order substantially in the form proposed by Movant's counsel in status letter (ECF No. 147), except that adequate protection payments will be due on the 15th day of each month in amounts to be fixed through the cash collateral budget to be submitted to Movant's counsel within two weeks of the entry of the consent order.

3. ECF No. 118   Motion of Community Loan Servicing LLC

    The Debtor proposes to resolve this motion by entry of a consent order substantially in the form proposed by Movant's counsel in status letter (ECF No. 147), except that adequate protection payments will be due on the 15th day of each month in amounts to be fixed through the cash collateral budget to be submitted to Movant's counsel within two weeks of the entry of the consent order.

4. ECF No. 51    Motion of U.S. Bank/Determination Mortgage Trust

The Debtor proposes to resolve this motion in two ways. A stipulation has been circulated and will be filed with the Court shortly providing for the vacatur of the automatic stay and surrender of the following properties:

| |
|---|
| 1114 Myrtle Ave |
| 1531 N Woodyear St |
| 1801 W Lafayette Ave - unit 1 |
| 1801 W Lafayette Ave - unit 2 |
| 849 Harlem Ave |

The remaining properties will be resolved by entry of a consent order to be negotiated, but expected to be substantially in the form proposed by counsel for New Rez and Fay in her status letter (ECF No. 147), except that adequate protection payments will be due on the 15th day of each month in amounts to be fixed through the cash collateral budget to be submitted to Movant's counsel within two weeks of the entry of the consent order.

5. ECF No. 52    Motion of Wilmington Savings/Ibis Holdings A Trust

The Debtor proposes to resolve this motion in two ways. A stipulation has been circulated and will be filed with the Court shortly providing for the vacatur of the automatic stay and surrender of the following properties:

| |
|---|
| 1203 Cedarcroft Road |
| 1829 N. Bond Street |

The remaining properties will be resolved by entry of a consent order to be negotiated, but expected to be substantially in the form proposed by counsel for New Rez and Fay in her status letter (ECF No. 147), except that adequate protection payments will be due on the 15th day of each month in amounts to be fixed through the cash collateral budget to be submitted to Movant's counsel within two weeks of t

B. Motions for Stay Relief

1. ECF No. 124

The Debtor proposes to resolve this motion by entry of a consent order substantially in the form proposed by Movant's counsel in status letter (ECF No. 147).

2. ECF No. 127

The Debtor and Movant have agreed to an adjournment of this Motion to September 4, 2025 while the parties continue to negotiate.

3. ECF No. 129

    The Debtor proposes to resolve this motion by entry of a consent order substantially in the form proposed by Movant's counsel in status letter (ECF No. 147).

4. ECF No. 130

    The Debtor proposes to resolve this motion by entry of a consent order substantially in the form proposed by Movant's counsel in status letter (ECF No. 147).

Dated:  New York, NY
        July 29, 2025

/s/ J. Ted Donovan, Esq.
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, New York 10017
Tel: (212) 221-5700
Email: tdonovan@gwfglaw.com

3