UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

------------------------------------------------------------X

In Re:

LEVY VENTURES LLC,

                    Debtor.

------------------------------------------------------------X

Case No. 25-22182-shl

Chapter 11

**<u>ORDER LIFTING THE AUTOMATIC STAY</u>**

      Upon the filing the Notice of Motions for Relief from Stay filed at **ECF No.'s 124, 129, 130** for an Order pursuant of 11 U.S.C. 362(d)(1) and (2) granting relief from the automatic stay to foreclose mortgages related to the properties listed on the attached **Schedule A**  (collectively, the "<u>Properties</u>") ***<u>and consistent with the record of the proceeding, including the hearing on the Motions [SHL]</u>*** and  sufficient cause appearing therefore; it is

      **ORDERED**, that automatic stay is hereby modified pursuant to 11 U.S.C. 362 (d) (1) and (2), to allow Creditor to foreclose the mortgage it holds on the Properties, as identified in **Schedule A** attached hereto, and it is further,

      **ORDERED**, that the 14 day stay imposed by FRBP 4001(a)(3) is hereby waived, and it is further;

      **ORDERED**, that all communications sent by Creditor in connection with proceeding against the Properties including, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreements, Loan Modifications, Refinance Agreements, Loss Mitigation Agreements or other Loan Workouts, may be sent directly to the Debtor and Debtor's counsel Kevin J. Nash at knash@gwflaw.com, and it is further;

      **ORDERED**, that Debtor shall surrender the Properties to the Creditor upon entry of this Order.  Debtor shall make no further claim of possession against the Properties in the foreclosure

of the Properties or subsequent eviction proceeding(s) relating to tenants, and it is further;

**ORDERED**, that Shellpoint Mortgage Servicing does not waive any potential deficiency claim against Debtor or any other party, without prejudice to the Debtor's rights regarding valuations of the Properties or to contest any continuing liability.

Dated: August 19, 2025                                    ***/s/ Sean H. Lane***
White Plains, New York                                    United States Bankruptcy Judge

###

**SCHEDULE A**

- 4013 Boarman Ave, Baltimore, MD 21215
  - Dkt No. 130
- 1630 Darley Avenue, Baltimore, Maryland 21213
  - Dkt No. 129
- 1230 N Caroline St, Baltimore, Maryland 21213
  - Dkt No. 124