UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Levy Ventures LLC, | Case No. 25-22182-SHL |
| Debtor. | |

-------------------------------------------------------------x

## AGENDA FOR SEPTEMBER 4, 2025 HEARINGS

Levy Venture LLC (the "Debtor") has made proposals to the counsel for the various lenders with respect to all of the pending motions for stay relief or to prohibit use of cash collateral. A complete chart of the pending motions and the subject properties is attached, with notation as to whether the Debtor is consenting to vacating the stay (subject to entry of an order in the form previously used in this case) or has made a proposal for the payment of adequate protection in furtherance of the Debtor's desire to retain the subject property. The Debtor is working toward the filing of a formal plan within the next few weeks, and remains ready to pursue negotiations with respect to the proposals.

Dated: New York, NY
        September 3, 2025

Goldberg Weprin Finkel Goldstein LLP
*Attorneys for the Debtor*
125 Park Avenue, 12th Floor
New York, New York 10017
Tel: (212) 221-5700
Email: tdonovan@gwfglaw.com

/s/ J. Ted Donovan, Esq.

| Address | Attorney | Motion No. | Status | Servicer | Lender |
|---|---|---|---|---|---|
| 1518 Elrino St | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 1731 McHenry St | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 1822 Wilkens Ave | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 1942 W Mosher St | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 2110 W Saratoga St | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 2625 Garrett Ave | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 2801 Presbury St | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 2952 Presstman St | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 3131 Chesterfield Ave | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 3217 Brighton St | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 3323 Kenyon Ave | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 4235 Seidel Ave | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 505 N Collington Ave | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 736 N Linwood Ave | Yazzetti | 66/100 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 1083 Ellicott Dr | Yazzetti | 67/123 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 1108 N Dukeland St | Yazzetti | 67/123 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 1123 Mckean Ave | Yazzetti | 67/123 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 1411 Ramsay St | Yazzetti | 67/123 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 1607 Race St | Yazzetti | 67/123 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 1625 N Rosedale St | Yazzetti | 67/123 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 1652 Darley Ave | Yazzetti | 67/123 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 2529 Woodbrook Ave | Yazzetti | 67/123 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 2840 Woodbrook Ave | Yazzetti | 67/123 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 3214 Kenyon Ave | Yazzetti | 67/123 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 3514 Dudley Ave | Yazzetti | 67/123 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 3617 Kenyon Ave | Yazzetti | 67/123 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 3834 Elmora Ave | Yazzetti | 67/123 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 3032 Fleetwood Ave | Yazzetti | 68 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 2007 W Saratoga St | Yazzetti | 68/117 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 3113 Chesterfield Ave | Yazzetti | 68/117 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 3122 Brendan Ave | Yazzetti | 68/117 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 4926 Schaub Ave | Yazzetti | 68/117 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 1687 Darley Ave | Yazzetti | 69/96 | Motions settled | Fay Servicing | Commercial Lender LLC |
| 1809 Rayner Ave | Arnold | 140 | Consent to Vacate Stay | Community | #N/A |
| 33 N Kresson St | Arnold | 141 | Offer Made | Planet Commercial | Loan Funder |
| 308 Gusryan Ave | Arnold | 143 | Offer Made | Fay Servicing | Constructive |
| 1429 N Luzerne Ave | Arnold | 145 | Consent to Vacate Stay | Shellpoint | Constructive |
| 1008 W Lanvale St | Rozea | 148 | Request for Adjournment | Planet Home | Loan Funder |

| 1206 N Curley St | Rozea | 148 | Request for Adjournment | Planet Home | Loan Funder |
| 1911 Cecil Ave | Rosea | 148 | Request for Adjournment | Planet Home | Loan Funder |
| 251 S Hilton St | Rozea | 148 | Request for Adjournment | Planet Home | Loan Funder |
| 2512 Wilkens Ave | Rozea | 148 | Request for Adjournment | Planet Home | Loan Funder |
| 2528 Druid Park Dr | Rozea | 148 | Request for Adjournment | Planet Home | Loan Funder |
| 2828 E Chase St | Rozea | 148 | Request for Adjournment | Planet Home | Loan Funder |
| 3025 W Lanvale St | Rozea | 148 | Request for Adjournment | Planet Home | Loan Funder |
| 3533 Lucille Ave | Rozea | 148 | Request for Adjournment | Planet Home | Loan Funder |
| 3614 Kenyon Ave | Rozea | 148 | Request for Adjournment | Planet Home | Loan Funder |
| 4524 Pimlico Rd | Rozea | 148 | Request for Adjournment | Planet Home | Loan Funder |
| 5122 Chalgrove Ave | Rozea | 148 | Request for Adjournment | Planet Home | Loan Funder |
| 727 N Linwood Ave | Rozea | 148 | Request for Adjournment | Planet Home | Loan Funder |
| 2703 Ellicott Dr | Arnold | 153 | Consent to Vacate Stay | Community | #N/A |
| 3012 Kentucky Ave | Arnold | 154 | Consent to Vacate Stay | Shellpoint | Constructive |
| 1222 N Ellwood Ave | DeLuca | 160 | Offer Made | Selene Finance | Loan Funder |
| 4718 Wilern Ave | DeLuca | 162 | Offer Made | Selene Finance | Loan Funder |
| 1932 Harlem Ave | DeLuca | 164 | Offer Made | Selene Finance | Loan Funder |
| 1934 Harlem Ave | DeLuca | 166 | Offer Made | Selene Finance | Loan Funder |
| 2408 E Federal St | DeLuca | 168 | Offer Made | Selene Finance | Loan Funder |
| 2811 Ulman Ave | DeLuca | 170 | Offer Made | Selene Finance | Loan Funder |
| 2618 E Oliver St | Arnold | 172 | Offer Made | Shellpoint | Constructive |
| 1515 N Decker Ave | Arnold | 173 | Offer Made | Shellpoint | Constructive |
| 1017 N Carrollton Ave | Arnold | 174 | consent to Vacate Stay | Shellpoint | Constructive |