UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

---------------------------------------------------------------X
In Re:

LEVY VENTURES LLC,

                    Debtor.

---------------------------------------------------------------X

Case No. 25-22182-shl

Chapter 11

**STIPULATION AND ORDER RE USE OF CASH COLLATERAL AND ADEQUATE PROTECTION PAYMENTS**

    **WHEREFORE:** NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") the authorized loan servicers for various secured creditors ("Creditors"), and the above-entitled Debtor, Levy Ventures LLC (the "Debtor"), having consented to the terms and conditions contained in this *Stipulation and Order Re Use of Cash Collateral and Adequate Protection Payments* ("Stipulation and Order") related to the properties listed on the attached **Schedule A** (collectively, the "Properties") and sufficient cause appearing therefore; it is

    ORDERED, that Debtor may use cash collateral for the sole purpose of maintaining the retained properties in the ordinary course of business. Debtor may not use the cash collateral for any other purpose unrelated to the retained properties, including for any personal expenses of the Debtor's principals or insiders. Creditors reserve the right to object to the Debtor's proposed budget and any line item therein, and it is further,

    ORDERED, that Creditors shall be granted post-petition replacement liens to the same extent and validity of their respective pre-petition liens against the retained properties, and it is further,

    ORDERED, that Debtor shall maintain real property taxes, hazard insurance, and homeowners' association dues (if any) for all retained properties, either directly to the applicable authority, or through an escrow impound with the respective secured Creditors, and it is further,

    ORDERED, that with respect to the retained properties identified in Schedule A, Debtor shall

tender monthly contractual adequate protection payments ("Adequate Protection Payments") at the amounts listed on Schedule A to Creditors, commencing **October 1, 2025**, and continuing on the first day of each month thereafter until the earlier of: (1) confirmation of the Debtor's Plan; (2) termination of the automatic stay; (3) the Parties stipulate otherwise; (4) the Court orders otherwise; (5) dismissal of the case; or (6) conversion of the case. Debtor shall send a separate payment for each Property and write the Property address and loan number on each payment, and it is further;

ORDERED, that in the event of a future default on any of the above-described provisions, prior to confirmation of the Plan, Creditors may send the Debtor and Debtor's counsel (if any) a written notice of default via U.S. mail ("Default Notice") outlining the amount owed under this Order ("Default Amount"). If the Debtor fails to cure the Default Amount in full after the passage of ten (10) calendar days from the date of Default Notice, the respective Creditor may file a Certificate of Non-Compliance and proposed Order Terminating the Automatic Stay without further notice. The above default provisions shall only apply prior to confirmation of the Plan.

###

**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**

Date: 9/29/2025

*/s/ J. Ted Donovan*
J. Ted Donovan, Esq.
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, New York 10017
tdonovan@gwfglaw.com
*Attorneys for Debtor*

**ALDRIDGE PITE, LLP**

Date: 9/29/2025

*/s/ Jenelle C Arnold*

Jenelle C. Arnold, Esq.
Aldridge Pite, LLP
3333 Camino del Rio South, Suite 225
San Diego CA 92108
jarnold@aldridgepite.com
*Attorneys for Creditors*

Dated: October 6, 2025    ***/s/ Sean H. Lane***
White Plains, New York    United States Bankruptcy Judge

**SCHEUDLE A**

| Servicer | Creditor | Property Address | Payment Amount | Loan # |
|---|---|---|---|---|
| Shellpoint[1] | U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee for Stone Roots M Trust[2] | 4150 Eierman Ave, Baltimore, MD 21206 | $1,325.50 | xxxx1126 |
| Shellpoint | ALIC ARCHWEST MORTGAGE TRUST | 3406 Noble St, Baltimore, MD 21224 | $1,556.57 | xxxx5685 |
| Shellpoint | JPMorgan Chase Bank, National Association | 2226 Orleans St, Baltimore, MD 21231 | $1,416.85 | xxxx5677 |
| Shellpoint | JPMorgan Chase Bank, National Association | 3636 Esther Pl, Baltimore, MD 21224 | $1,540.44 | xxxx6454 |
| Shellpoint | JPMorgan Chase Bank, National Association | 426 N Rose St, Baltimore, MD 21224 | $1,276.37 | xxxx6439 |
| Shellpoint | JPMorgan Chase Bank, National Association | 2907 Orleans St, Baltimore, MD 21224 | $1,436.12 | xxxx5693 |
| Shellpoint | JPMorgan Chase Bank, National Association | 2909 Orleans St, Baltimore, MD 21224 | $1,338.81 | xxxxx1185 |
| Shellpoint | JPMorgan Chase Bank, National Association | 2900 Orleans St, Baltimore, MD 21224 | $1,310.63 | xxxx4992 |
| Shellpoint | OCMBC, Inc | 1530 Popland St, Baltimore, MD 21226 | $1,181.73 | xxxx6561 |

---

[1] Payments shall be sent to Shellpoint via certified mail to NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826.

[2] Creditor filed a Motion for Relief at Docket No. 127, which has Conditional Order entered at ECF 186.