UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK –
WHITE PLAINS DIVISION

----------------------------------------------------------------X   Case No. 25-22182-SHL
In Re:

Chapter 11

Levy Ventures LLC,
              Debtor.   JUDGE: Hon. Sean H. Lane
----------------------------------------------------------------X

## NOTICE OF PRESENTMENT OF ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that upon the annexed Order filed by Creditor, Commercial Lender, LLC ("Creditor") a secured creditor, by and through its authorized loan servicer, Fay Servicing, LLC ("Fay"), has presented the attached Proposed Order to the Honorable Sean H. Lane, United States Bankruptcy Judge, for signature, on November 20, 2025.

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least fourteen (14) days after the date of presentment, there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections.

Dated: October 27, 2025

           Aldridge Pite, LLP

           /s/ Jenelle C. Arnold
           By: Jenelle C. Arnold, Esq.
           *Attorneys for Bank of America, N.A.*
           40 Marcus Drive, Suite 200
           Melville, New York 11747
           (631) 454-8059

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK –
WHITE PLAINS DIVISION

---------------------------------------------------------------X
In Re:

LEVY VENTURES LLC,

                               Debtor.
---------------------------------------------------------------X

Case No. 25-22182-SHL

Chapter 11

Notice of Presentment:

November 20, 2025 12:00 PM

Objection Deadline:

November 17, 2025

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon submission of the Certificate of Non-Compliance and Affirmation of Default under the Conditional Order Granting Motion(s) for an order: (1) Prohibiting Debtor's Use of Cash Collateral; (2) Requiring Debtor to Commence Adequate Protection payments; and (3) requiring Debtor to Provide an Accounting of Rental Income and Proposed Budget ("Order"). (Dkt No. 175), submitted by Fay Servicing LLC, the authorized loan servicer for creditors holding claims secured by the below properties ("Fay"); and the Debtor having defaulted on the payments required under the Order, and failed to file required documents listed in the Order, the court having considered the documentary evidence before it and good cause appearing therefor,

ORDERED that automatic stay is hereby modified pursuant to 11 U.S.C. 362 (d) (1) to allow Creditor to foreclose the mortgage it holds on the Properties listed below:

| Property | Loan # |
|---|---|
| 33 N Kresson Street Baltimore, MD 21224 | Xxxx8196 |

###

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - WHITE PLAINS

----------------------------------------------------------------X   Case No. 25-22182-SHL

In Re:

                                                    Chapter 11

LEVY VENTURES LLC,

            Debtor.                        **CERTIFICATE OF SERVICE**

----------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of the Certificate Of Non-Compliance And Affirmation Of Default was served via electronic means and/or mailed by U.S. Mail on November 6,2025 to the parties listed below:

Levy Ventures LLC
368 New Hempstead Road
No. 244
New City, NY 10956
(via U.S. Mail)

J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
Goldberg Weprin Finkel Goldstein LLC
125 Park Avenue
Ste 12th Floor
New York, NY 10017
TDonovan@GWFGlaw.com
(via electronic notice & Email)

Department of Justice
Southern District of New York (White Plains)
Office of the United States Trustee -NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
USTPRegion02.NYECF@USDOJ.GOV
(via electronic notice & Email)

                 **\*\*Creditors served attached**

                 Respectfully submitted,

                 /s/Jenelle C. Arnold
                 By: JENELLE C. ARNOLD
                 Aldridge Pite, LLP
                 3333 Camino del Rio South, Suite 225
                 San Diego, CA 92108
                 Telephone: (858) 750-7600
                 Email: jarnold@aldridgepite.com

**CREDITORS SERVED:**

Planet Home Lending, LLC Dba Planet Home Ser
C/O Friedman Vartolo LLP
1325 Franklin Avenue
Suite 160
Garden City, NY 11530-1631

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN
C/O Hasbani & Light, P.C.
450 Seventh Avenue, Suite 1901
New York, NY 10123-1901

U.S. Bank Trust National Association
C/O Newrez LLC D/B/A
P.O. Box 10826
Greenville SC 29603-0826

U.S. Bank Trust National Association, Not In
C/O Mccalla Raymer Leibert Pierce, LLC
Bankruptcy Department
280 Trumbull St FL 23
Hartford, CT 06103-3599

J.P. Morgan Mortgage Trust 2023-DSC2 C/O Cit
C/O Newrez LLC D/B/A Shellpoint Mortgage
P.O. Box 10826
Greenville SC 29603-0826

U.S. Bank Trust Company
C/O Newrez LLC D/B/A
P.O. Box 10826
Greenville SC 29603-0826

U.S. Bank Trust National Association
C/O Fay Servicing, LLC
PO Box 814609
Dallas TX 75381-4609

U.S. Bank Trust National Association
C/O Sheldon May & Associates, PC
255 Merrick Road
Rockville Centre, NY 11570-5211

WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN
C/O Hasbani & Light, P.C.
450 Seventh Avenue, Suite 1901
New York, NY 10123-1901

Offit Kurman, P.A.
590 Madison Avenue
6th Floor
New York, NY 10022-8521

Wilmington Savings Fund Society, FSB, Not In
C/O Mccalla Raymer Leibert Pierce, LLC
Bankruptcy Department
280 Trumbull St FL 23
Hartford, CT 06103-3599

ALIC ARCHWEST MORTGAGE TRUST
C/O Newrez LLC D/B/A
P.O. Box 10826
Greenville SC 29603-0826

Jpmorgan Chase Bank, National Association
Newrez LLC D/B/A Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603-0826

Pacific Asset Holding LLC
C/O Newrez LLC D/B/A
P.O. Box 10826
Greenville SC 29603-0826

U.S. Bank Trust National Association
C/O Mccalla Raymer Leibert Pierce, LLC
Bankruptcy Department
280 Trumbull St FL 23
Hartford, CT 06103-3599

U.S. Bank Trust National Association, Et Al
Fay Servicing, LLC
PO Box 814609
Dallas TX 75381-4609

Wilmington Savings Fund Society
C/O Mccalla Raymer Leibert Pierce, LLC
Bankruptcy Department
280 Trumbull St FL 23
Hartford, CT 06103-3599

Wilmington Savings Fund Society, FSB
C/O Newrez LLC D/B/A Shellpoint Mortgage
P.O. Box 10826
Greenville SC 29603-0826

Wilmington Savings Fund Society
C/O Newrez LLC D/B/A
P.O. Box 10826
Greenville SC 29603-0826

Wilmington Savings Fund Society, FSB Et. Al
Fay Servicing, LLC
PO Box 814609
Dallas TX 75381-4609

Wilmington Savings Fund Society, Et Al
Fay Servicing, LLC
PO Box 814609
Dallas TX 75381-4609

Wilmington Savings Fund Society, FSB,
Fay Servicing, LLC
PO Box 814609
Dallas TX 75381-4609